# RROMANOLAW

## Law Office of Robert M. Romano PLLC

22 Honey Hollow Road
Pound Ridge, NY 10576
(914) 296-3030

## INVOICE

**Date:** 07/06/2015
**Invoice #:** 27
**Matter:** NYDA v. Republic of Philippines, et al. - 14 Civ. 890
**File #:** 00106-001

**Bill To:**
Ruby Krajick
Clerk of the Court
Southern District of New York
500 Pearl Street
New York, NY 10007

| Professional Services | | | | | |
|---|---|---|---|---|---|
| Date | Staff | Description | Hours | Rate | Amount |
| 06/05/2015 | RMR | Emails with Court re receipt of Appointment Order and clarification; review of Order; telephone calls and emails with A. Martinez re game plan and contact with NYC counsel; quick review of docket sheet and selected pleadings for background | 1.60 | $500.00 | $800.00 |
| 06/05/2015 | AMM | Review Court Order appointing Special Master; email R. Romano re special master tasks/plan; contact NYC Law Dept. Counsel (J. Buch) to discuss property administration; review case docket and select pleadings; conduct internet research re case background | 1.00 | $300.00 | $300.00 |
| 06/06/2015 | AMM | Email R. Romano re Special Master Notice of Appearance, Oath, FRCP 53(b)(3)(A) Affidavit of Impartiality, and FRCP 53(b)(2)(B) Ex Parte Communication guidelines and prepare relevant pleadings re same | 0.80 | $300.00 | $240.00 |
| 06/07/2015 | RMR | Review applicable Federal Rules; emails with A. Martinez re same and game plan | 0.80 | $500.00 | $400.00 |

# RROMANOLAW

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/07/2015 | AMM | Further emails with R. Romano re Special Master Notice of Appearance, Oath, FRCP 53(b)(3)(A) Affidavit of Impartiality, and FRCP 53(b)(2)(B) Ex Parte Communication guidelines | 0.20 | $300.00 | $60.00 |
| 06/08/2015 | RMR | Emails with Court re "housekeeping issues" | 0.60 | $500.00 | $300.00 |
| 06/09/2015 | AMM | Telephone conference with R. Romano re Special Master Notice of Appearance, Oath, FRCP 53(b)(3)(A) Affidavit of Impartiality, and FRCP 53(b)(2)(B) Ex Parte Communication guidelines | 0.30 | $300.00 | $90.00 |
| 06/09/2015 | RMR | Telephone calls with A. Martinez re filings; emails with Court re oath ceremony | 0.40 | $500.00 | $200.00 |
| 06/10/2015 | RMR | Emails with Court re ex parte language; emails with A. Martinez re open issues | 0.40 | $500.00 | $200.00 |
| 06/10/2015 | AMM | Review proposed Court Order re FRCP 53(b)(2)(B) Ex Parte Communications; email R. Romano re same | 0.20 | $300.00 | $60.00 |
| 06/11/2015 | AMM | Meet with R. Romano re status updates; attend Special Master swearing-in ceremony; email NYC Law Dept. Counsel (J. Buch) re introductory meeting; review Docket entries (Buch Declaration, Exhibit to Complaint) re relevant property | 1.10 | $300.00 | $330.00 |
| 06/11/2015 | RMR | Review drafts of pleadings and telephone call with A. Martinez re same; attend court swearing-in ceremony, etc. | 1.00 | $500.00 | $500.00 |
| 06/12/2015 | AMM | Conduct telephone conference with and send follow-up email to NYC Law Dept. Counsel (J. Buch) re property administration; review response; emails and calls with R. Romano re same; e-file Notice of Appearance and FRCP 53(b)(3)(A) Affidavit | 1.70 | $300.00 | $510.00 |
| 06/12/2015 | RMR | Telephone call with NYDA; telephone calls with A. Martinez before and after call | 0.90 | $500.00 | $450.00 |
| 06/15/2015 | AMM | Send introductory emails to Chase (T. Noble) and CFASS (M. Samper) re property administration; prepare and eFile R. Romano Change of Address form; email R. Romano re updates | 1.00 | $300.00 | $300.00 |
| 06/15/2015 | RMR | Emails with A. Martinez re open issues | 0.50 | $500.00 | $250.00 |

# R**ROMANO**LAW

| 06/16/2015 | RMR | Telephone call with A. Martinez re open issues | 0.60 | $500.00 | $300.00 |
| --- | --- | --- | --- | --- | --- |
| 06/16/2015 | AMM | Email with CFASS (M. Samper) re planned call to discuss property; confer with R. Romano re updates | 0.50 | $300.00 | $150.00 |
| 06/17/2015 | AMM | Conference call and follow-up emails with CFASS (M. Samper); call and email Chase (L. Santos) re potential property storage; receive and review CFASS storage agreement draft, invoice, and stored property appraisal; highlight issues re proposed agreement; call NYC Dept. Counsel (J. Buch) re draft CFASS lease agreement; leave introductory message for D.A. (S. Hines); update R. Romano re same | 2.20 | $300.00 | $660.00 |
| 06/17/2015 | RMR | Conference call with Christie's; follow-up telephone calls and emails with A. Martinez | 1.20 | $500.00 | $600.00 |
| 06/18/2015 | RMR | Email and telephone call with A. Martinez re Christie's issues, etc. | 0.40 | $500.00 | $200.00 |
| 06/18/2015 | AMM | Telephone conference with R. Romano re CFASS storage agreement issues; call Chase (L. Santos) re safe deposit box lease agreement | 0.40 | $300.00 | $120.00 |
| 06/19/2015 | AMM | Send letter and disk to CFASS (M. Samper) re potential storage of additional property | 0.20 | $300.00 | $60.00 |
| 06/22/2015 | AMM | Confer with D.A (S. Hines) re storage of property maintained by D.A.; review disk with images of property maintained by D.A.; receive and review Chase safe deposit box lease agreement; conference call with Chase (L. Santos) re same; call and emails with CFASS (M. Samper) re appraisal of potential additional items for storage; emails and calls with R. Romano re updates | 2.50 | $300.00 | $750.00 |
| 06/22/2015 | RMR | Emails and telephone calls with A. Martinez re open issues; conference call with JP Morgan Chase (Santos); emails with Judge Failla | 1.10 | $500.00 | $550.00 |
| 06/23/2015 | AMM | Confer with CFASS re NYC facilities for storage of additional property held by D.A.; confer with R. Romano re CFASS and Chase agreement and storage issues in preparation for 6/24/15 meeting with Judge Failla | 1.40 | $300.00 | $420.00 |

Exhibit A

# RROMANOLAW

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/23/2015 | RMR | Telephone calls and emails with A. Martinez re preparation for court appearance | 0.90 | $500.00 | $450.00 |
| 06/24/2015 | RMR | Conference with Court re new issues update; conference with A. Martinez re same | 1.00 | $500.00 | $500.00 |
| 06/24/2015 | AMM | Conference with Judge Failla re status update on CFASS and additional property storage issues; emails with CFASS (M. Samper) re additional property storage; confer with R. Romano re updates | 1.30 | $300.00 | $390.00 |
| 06/25/2015 | AMM | Call and emails with Aaron Faber (T. Atkinson) re property appraisal process and costs; call Citibank and visit Bank of America re safe deposit storage box; email CFASS (M. Samper) re status update on potential storage of additional property; call and emails with R. Romano re updates | 2.40 | $300.00 | $720.00 |
| 06/25/2015 | RMR | Telephone call with and email from A. Martinez re next steps | 0.50 | $500.00 | $250.00 |
| 06/26/2015 | RMR | Telephone call with A. Martinez re open issues | 0.40 | $500.00 | $200.00 |
| 06/26/2015 | AMM | Emails with D.A. (S. Hines) and NYC Law Dept. Counsel (J. Buch) re general updates and proposed conference call; call and emails with Winston Art Group re property appraisal; follow-up with Aaron Faber (T. Atkinson) re property appraisal; emails with CFASS (M. Samper) re additional property storage; call with R. Romano re status updates | 0.80 | $300.00 | $240.00 |
| 06/29/2015 | AMM | Emails and call with Aaron Faber (T. Atkinson) re appraisal scheduling and engagement; emails with Winston Art Group re appraisal; email with CFASS (M. Samper) re property storage; emails with D.A. re planned call; emails with R. Romano re updates | 0.60 | $300.00 | $180.00 |
| 06/29/2015 | RMR | Emails with A. Martinez re appraisals and scheduling | 0.40 | $500.00 | $200.00 |
| 06/30/2015 | RMR | Prepare for and attend conference call with NYDA personnel re open issues | 1.20 | $500.00 | $600.00 |
| 06/30/2015 | AMM | Conference call with D.A. (S. Hines) and NYC Law Dept. Counsel (J. Buch) re general updates; confer with R. Romano re same; follow-up emails to Aaron | 0.90 | $300.00 | $270.00 |

Exhibit A

# R**ROMANO**LAW

| | | | TOTAL HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| | | Faber re appraisal and to CFASS re property storage agreement draft | | | |
| | | Robert M. Romano | 13.9 | $500.00 | $6,950.00 |
| | | Adriana M. Martinez | 19.5 | $300.00 | $5,850.00 |
| | | **For professional services rendered** | **33.4** | | **$12,800.00** |

| | |
|---|---|
| **Invoice Amount** | **$12,800.00** |
| **Balance Due** | **$12,800.00** |