# Kohn, Swift & Graf, P.C.

One South Broad Street, Suite 2100

Philadelphia, Pennsylvania 19107-3304

JOSEPH C. KOHN
ROBERT A. SWIFT
GEORGE W. CRONER
ROBERT J. LaROCCA
DENIS F. SHEILS †◊
DOUGLAS A. ABRAHAMS *
WILLIAM E. HOESE
STEVEN M. STEINGARD *
STEPHEN H. SCHWARTZ †
CRAIG W. HILLWIG
NEIL L. GLAZER †
JARED G. SOLOMON
BARBARA L. MOYER †

(215) 238-1700
Telecopier (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
Web Site: www.kohnswift.com

E-MAIL: rswift@kohnswift.com

HAROLD E. KOHN
1914-1999

OF COUNSEL
MERLE A. WOLFSON
LISA PALFY KOHN

† ALSO ADMITTED IN NEW YORK
◊ ALSO ADMITTED IN NEVADA
* ALSO ADMITTED IN NEW JERSEY

July 7, 2015

**VIA ECF**

Hon. Katherine Polk Failla
Room 640
U.S. Courthouse
40 Foley Square
New York, NY 10007

   Re: **District Attorney of New York County v. The Republic of the Philippines *et al.*, No. 14-890 (KPF)(JCF)**

Dear Judge Failla:

  I am counsel for Defendant Jose Duran and the Creditor Class in the above case. I have reviewed the Special Master's Application for Fees (ECF # 106) and have no objection thereto.

  Mr. Romano's Declaration mentions an appraisal being performed by Christies of the paintings in storage at Christies. I request that the appraisal be furnished to all counsel when it is completed.

            Respectfully yours,

            Robert A. Swift

RAS/yr
Enc.
Cc w/enc.: All Counsel via ECF