Exhibit A

# R<span style="color:red">ROMANO</span>LAW

## Law Office of Robert M. Romano PLLC

22 Honey Hollow Road
Pound Ridge, NY 10576
(914) 296-3030

## INVOICE

**Date:** 11/03/2015
**Invoice #:** 51
**Matter:** NYDA v. Republic of Philippines, et al. - 14 Civ. 890
**File #:** 00106-001

**Bill To:**
Ruby Krajick
Clerk of the Court
Southern District of New York
500 Pearl Street
New York, NY 10007

| Professional Services | | | | | |
|---|---|---|---|---|---|
| Date | Staff | Description | Hours | Rate | Amount |
| 11/01/2015 | RMR | Attend to Christie's bills; emails with A. Martinez re same | 0.50 | $500.00 | $250.00 |
| 11/01/2015 | AMM | Confer with and assist R. Romano re property administration and draft court submission | 0.80 | $300.00 | $240.00 |
| 11/02/2015 | RMR | Review and approve court submission, and telephone call with A. Martinez re same | 0.50 | $500.00 | $250.00 |
| | | **For professional services rendered** | **1.80** | | **$740.00** |
| Expenses | | | | | |
| Date of Payment | Payor | Description | | | Amount |
| 11/01/2015 | RMR | CFASS Invoice #13768 dtd. 10/20/15 (for storage and LDL insurance) | | | $6,750.00 |
| | | **Total Expenses** | | | **$6,750.00** |

| | |
|---|---|
| **Invoice Amount Due (For Professional Services and Expenses)** | **$7,490.00** |