# CARDENAS LAW OFFICE

J. Roberto Cardenas
Natalia Berrino*
_____
*Admitted in Argentina

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 9, 2015
```

**MEMO ENDORSED**

<u>**VIA EMAIL**</u>

November 9, 2015

Hon. Katherine Polk Failla
United States District Court Judge
Southern District of New York
Room 640
U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: <u>District Attorney of New York County v. The Republic of the Philippines</u> *et al*., No. 14-890 (KPF)(JCF) and <u>Republic v. Abaya</u> *et al*., No. 14-3829

Dear Judge Failla:

Please be advised that I am the attorney for Vilma Bautista as well as the Abaya family in reference to the above-captioned matters.

I write this letter in reference to the conference set by this Court for November 23, 2015 at 3PM. I am unavailable on November 23 as I will be out of town on a family matter from November 19 until the November 23, 2015. I have discussed other available times with your Courtroom Deputy who advised that 11:30AM is available on November 24, 2015.

I have sought and received consent for this brief adjournment from all counsel involved. Therefore, it is hereby respectfully requested that the Court adjourn the conference currently scheduled for November 23, 2015 at 3 PM to November 24, 2015 at 11:30 AM. Lastly, please advise if the briefing schedule previously set forth remains applicable.

Thank you.

Respectfully submitted,

*J. R. Cardenas*

J. ROBERTO CARDENAS

JRC/asf.

Cc: All Counsel via Email

119 W 57th Street        Suite 1215        New York NY 10019        T: 212.977.7095        F: 212.977.7085

www.cardenaslawoffice.com                                                        info@jrc-esq.com com

Application GRANTED.  The conference scheduled for November 23, 2015, is hereby ADJOURNED to November 24, 2015, at 11:30 a.m.  The letter briefing schedule previously established by the Court remains in place.

Dated: November 9, 2015
       New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE