# RROMANOLAW

## Law Office of Robert M. Romano PLLC

22 Honey Hollow Road
Pound Ridge, NY 10576
(914) 296-3030

## INVOICE

**Date:** 2/29/2016
**Invoice #:** 69
**Matter:** NYDA v. Republic of Philippines, et al. - 14 Civ. 890
**File #:** 00106-001

**Bill To:**
Ruby Krajick
Clerk of the Court
Southern District of New York
500 Pearl Street
New York, NY 10007

| Professional Services | | | | | |
|---|---|---|---|---|---|
| Date | Staff | Description | Hours | Rate | Amount |
| 11/05/2015 | AMM | Review pleadings and updates to docket | 0.20 | $300.00 | $60.00 |
| 11/10/2015 | AMM | Telephone calls with Law Clerk re participation in upcoming status conference; review updates to docket | 0.20 | $300.00 | $60.00 |
| 12/14/2015 | RMR | Emails and telephone call with A. Martinez re periodic inspection of storage facilities | 0.30 | $500.00 | $150.00 |
| 12/14/2015 | AMM | Telephone call with R. Romano and emails with Christie's (M. Samper) re inspection of storage facility unit on 12/21/15 | 0.20 | $300.00 | $60.00 |
| 12/21/2015 | AMM | Visit Christie's storage facility and inspect property; confirm accuracy of inventory list; update R. Romano re same | 1.00 | $300.00 | $300.00 |
| 01/21/2016 | RMR | Emails and telephone call with A. Martinez re status | 0.30 | $500.00 | $150.00 |
| 01/21/2016 | AMM | Emails and telephone call with R. Romano re status | 0.30 | $300.00 | $90.00 |
| 01/22/2016 | RMR | Emails with A. Martinez re threat of storm damage to Christie's storage facility (from winter storm Jonas) | 0.20 | $500.00 | $100.00 |

# RROMANOLAW

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/22/2016 | AMM | Emails with R. Romano re threat of storm damage to Christie's storage facility | 0.20 | $300.00 | $60.00 |
| 01/25/2016 | RMR | Emails with A. Martinez re contact with Christie's for report on possible storm damage; emails with Court re same | 0.40 | $500.00 | $200.00 |
| 01/25/2016 | AMM | Call Christie's for report on possible storm damage; emails with R. Romano re same | 0.20 | $300.00 | $60.00 |
| 01/26/2016 | RMR | Telephone call with A. Martinez re status of private litigation | 0.30 | $500.00 | $150.00 |
| 01/26/2016 | AMM | Review pleadings and related case dockets; confer with R. Romano re same | 1.00 | $300.00 | $300.00 |
| 01/27/2016 | AMM | Update R. Romano re related litigation | 0.30 | $300.00 | $90.00 |
| 01/28/2016 | RMR | Telephone call with A. Martinez re status and next steps | 0.20 | $500.00 | $100.00 |
| 01/28/2016 | AMM | Telephone call with R. Romano re related litigation and next steps | 0.20 | $300.00 | $60.00 |
| 01/29/2016 | AMM | Review new pleadings; email R. Romano re same | 0.30 | $300.00 | $90.00 |
| 01/31/2016 | RMR | Emails with A. Martinez and Court re Plaintiff's request for writ of execution | 0.30 | $500.00 | $150.00 |
| 02/02/2016 | RMR | Telephone call with A. Martinez re strategy; attend to Christie's bill | 0.40 | $500.00 | $200.00 |
| 02/04/2016 | RMR | Telephone call with counsel (J. Cardenas) | 0.30 | $500.00 | $150.00 |
| 02/05/2016 | RMR | Telephone call with A. Martinez re call with counsel and upcoming court conference | 0.20 | $500.00 | $100.00 |
| 02/05/2016 | AMM | Telephone call with R. Romano re call with counsel (J. Cardenas) and upcoming court conference | 0.20 | $300.00 | $60.00 |
| 02/09/2016 | AMM | Review pleadings and conduct research in preparation for court status conference | 2.10 | $300.00 | $630.00 |
| 02/10/2016 | RMR | Review materials; attend court conference; confer thereafter with A. Martinez re latest filing; emails with Court re same | 1.80 | $500.00 | $900.00 |
| 02/10/2016 | AMM | Attend court conference; review latest filing re writ of execution and confer with R. Romano re same | 1.00 | $300.00 | $300.00 |
| 02/11/2016 | RMR | Review and consider new pleadings and confer with A. Martinez re same | 0.80 | $500.00 | $400.00 |
| 02/11/2016 | AMM | Confer with R. Romano re new pleadings and scheduling | 0.60 | $300.00 | $180.00 |

# R<span style="color:red">ROMANO</span>LAW

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/12/2016 | RMR | Review new filings and scheduling and confer with A. Martinez re same | 0.30 | $500.00 | | $150.00 |
| 02/12/2016 | AMM | Confer with R. Romano re new pleadings and scheduling | 0.20 | $300.00 | | $60.00 |
| 02/16/2016 | RMR | Review CNN news story re Marcos property auction; forward same to court; review and consider new pleading; confer with A. Martinez re same and strategy for upcoming court session | 0.60 | $500.00 | | $300.00 |
| 02/16/2016 | AMM | Review relevant news headlines; confer with R. Romano re same and upcoming court session; contact Law Clerk re hearing on writ of execution | 0.50 | $300.00 | | $150.00 |
| 02/23/2016 | AMM | Review pleadings and case law re hearing on motion for writ of execution | 1.00 | $300.00 | | $300.00 |
| 02/24/2016 | AMM | Attend hearing re writ of execution; update R. Romano re same | 0.90 | $300.00 | | $270.00 |
| 02/24/2016 | RMR | Emails with A. Martinez re hearing | 0.20 | $500.00 | | $100.00 |
| | | | | | | |
| | **RMR** | **TOTAL HOURS:**<br>(0.3 in Dec. 2015, 1.7 in Jan. 2016, 4.6 in Feb. 2016) | **6.60** | | | $3,300.00 |
| | **AMM** | **TOTAL HOURS:**<br>(0.4 in Nov. 2015; 1.2 in Dec. 2015, 2.5 in Jan. 2016, 6.5 in Feb. 2016) | **10.60** | | | $3,180.00 |
| | | | | | | |
| | | **For professional services rendered** | **17.20** | | | **$6,480.00** |

| Expenses | | | | | |
|---|---|---|---|---|---|
| Date of Payment | Payor | Description | | | Amount |
| 02/02/2016 | RMR | CFASS Invoice #14056 dtd. 1/20/16 (for storage and LDL insurance) | | | $6,750.00 |
| | | **Total Expenses** | | | **$6,750.00** |

| | |
|---|---|
| **Invoice Amount Due (For Professional Services and Expenses)** | **$13,230.00** |