```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 31, 2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
DISTRICT ATTORNEY OF NEW YORK                         :
COUNTY,                                               :
                                                      :        14 Civ. 890 (KPF)
                        Plaintiff,                    :
                v.                                    :        ORDER
                                                      :
THE REPUBLIC OF THE PHILIPPINES, et                   :
al.,                                                  :
                                                      :
                        Defendants.                   :
                                                      :
------------------------------------------------------X
                                                      :
THE REPUBLIC OF THE PHILIPPINES,                      :
                                                      :
                        Plaintiff,                    :
                v.                                    :        14 Civ. 3829 (KPF)
                                                      :
GAVINO ABAYA, et al.,                                 :        ORDER
                                                      :
                        Defendants.                   :
                                                      :
------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Class Plaintiffs' Notice that the Republic is Undermining this Court's, and the State Court's, Ability to Adjudicate the Claims in These Actions. (Dkt. #159). The Court has also received the Republic's response to this notice. (Dkt. #178). Irrespective of the legal authority of the Republic to proceed in the Philippine Sandiganbayan court, this Court expects that the individuals representing the Republic in that proceeding have advised or will advise that court of the existence of these litigations in United States federal

and state courts, concerning the relevant artworks. The Court does not believe any further action is necessary or appropriate at this time.

    SO ORDERED.

Dated:    March 31, 2016
           New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge