# R**ROMANO**LAW

## Law Office of Robert M. Romano PLLC

22 Honey Hollow Road
Pound Ridge, NY 10576
(914) 296-3030

## INVOICE

**Date:** 5/31/2016
**Invoice #:** 75
**Matter:** NYDA v. Republic of Philippines, et al. - 14 Civ. 890
**File #:** 00106-001

**Bill To:**
Ruby Krajick
Clerk of the Court
Southern District of New York
500 Pearl Street
New York, NY 10007

| Professional Services | | | | | |
|---|---|---|---|---|---|
| **Date** | **Staff** | **Description** | **Hours** | **Rate** | **Amount** |
| 03/15/2016 | RMR | Review recent pleadings (filed 3/8, 3/9, 3/15) | 0.50 | $500.00 | $250.00 |
| 03/21/2016 | AMM | Review new pleadings (filed 3/8, 3/9, 3/15, 3/21) | 0.50 | $300.00 | $150.00 |
| 03/31/2016 | RMR | Review recent filings (filed 3/21-24, 3/26, 3/28, 3/31) | 1.50 | $500.00 | $750.00 |
| 03/31/2016 | AMM | Monitor and review updates to docket (filed between 3/22 and 3/31) | 0.70 | $300.00 | $210.00 |
| 04/12/2016 | RMR | Monitor recent pleadings (4/1, 4/6, 4/7-12) | 0.40 | $500.00 | $200.00 |
| 04/22/2016 | RMR | Review recent filings (filed 4/21-22) | 0.20 | $500.00 | $100.00 |
| 04/30/2016 | AMM | Review new pleadings (filed 4/1, 4/6, 4/7, 4/12,  4/21, 4/22, 4/26) | 0.50 | $300.00 | $150.00 |
| 05/02/2016 | RMR | Attend to status, including payment of Christie's Fine Art Storage Services ("CFASS") bill; monitor recent pleadings | 0.30 | $500.00 | $150.00 |
| 05/09/2016 | RMR | Monitor recent court filings (5/5, 5/6, 5/9) | 0.40 | $500.00 | $200.00 |
| 05/09/2016 | AMM | Review recent court filings (5/5, 5/6, 5/9) | 0.40 | $300.00 | $120.00 |
| 05/12/2016 | RMR | Attend to CFASS bill | 0.30 | $500.00 | $150.00 |

# R**ROMANO**LAW

| 05/19/2016 | RMR | Conference with A. Martinez re next steps, etc. | 0.20 | $500.00 | $100.00 |
|---|---|---|---|---|---|
| 05/19/2016 | AMM | Emails with CFASS and conference with R. Romano re CFASS site visit and status | 0.30 | $300.00 | $90.00 |
| 05/20/2016 | RMR | Emails with CFASS; review new docket entry | 0.30 | $500.00 | $150.00 |
| 05/24/2016 | AMM | Confer with M. Samper (CFASS) re visit to warehouse and invoice payment | 0.10 | $300.00 | $30.00 |
| 05/25/2016 | RMR | Confer with A. Martinez re visit to CFASS warehouse | 0.20 | $500.00 | $100.00 |
| 05/25/2016 | AMM | Visit CFASS warehouse and review inventory; update R. Romano re same; review new docket entry (5/20) | 1.00 | $300.00 | $300.00 |
| | | | | | |
| | **RMR** | **TOTAL HOURS:** (2.0 in March 2016; 0.6 in April 2016; 1.7 in May 2016) | **4.30** | | $2,150.00 |
| | **AMM** | **TOTAL HOURS:** (1.2 in March 2016; 0.5 in April 2016; 1.8 in May 2016) | **3.50** | | $1,050.00 |
| | | | | | |
| | | **For professional services rendered** | **7.80** | | **$3,200.00** |

| Expenses | | | | | |
|---|---|---|---|---|---|
| **Date of Payment** | **Payor** | **Description** | | | **Amount** |
| 05/12/2016 | RMR | CFASS Invoice #14314 dtd. 4/19/16, received 5/2/16 (for storage and LDL insurance) | | | $6,750.00 |
| | | **Total Expenses** | | | **$6,750.00** |

| | |
|---|---|
| **Invoice Amount Due (For Professional Services and Expenses)** | **$9,950.00** |