# EXHIBIT 17

TO THE DECLARATION OF KENNETH C. MURPHY DATED JUNE 30, 2016 AND FILED IN OPPOSITION TO THE MOTION FOR PARTIAL SUMMARY JUDGMENT MADE BY JOSE DURAN (ECF NO. 193) AND IN OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT MADE BY VILMA BAUTISTA (ECF NO. 201).

## SALES REPORT

SOLD BY **DS/TR**　　　　　　　　　　　　　　DATE **31.3.77**

| STOCK No. | ARTIST | TITLE | PRICE |
|---|---|---|---|
| 31788.1 | MANET | MERY LAURENT | $ 296,900 |
| 31789.1 | MONET | LE BASSIN AUX NYMPHEAS | $ 791,800 |
| 31790.1 | MORISOT | JEUNE FILLE DANS UNE SERRE | $ 316,400 |
| 31791.1 | BRAQUE | LE GUERIDON ROSE | $ 494,900 |
| 31112.1 | BRAQUE | VIOLON (VALSE) | $ 494,900 |
| 30779.1 | DEGAS | DANSEUSE S'HABILLANT | $ 148,400 |
| 30869.1 | CEZANNE | AIX-EN-PROVENCE | $ 148,500 |
| 30720.1 | MONDRIAN | EUCALYPTUS | $ 79,200 |
| 30781.1 | VAN GOGH | PEASANT WOMAN | $ 99,000 |

$ **2,900,000**

SOLD TO: Name and address

**MRS. IMELDA MARCOS,**
**FIRST LADY OF THE PHILIPPINES**

DELIVERY INSTRUCTIONS:　　　　　　　　AIR　　　SEA

TAKEN

SHIPPING CHARGES:

PAYMENT CONDITIONS:

VB

INVOICED: **25.3.77**

DATE OF DESPATCH:

MARL000000029