# R ROMANO LAW

## Law Office of Robert M. Romano PLLC

22 Honey Hollow Road
Pound Ridge, NY 10576
(914) 296-3030

## INVOICE

**Date:** 08/31/2016
**Invoice #:** 94
**Matter:** NYDA v. Republic of Philippines, et al. - 14 Civ. 890
**File #:** 00106-001

**Bill To:**
Ruby Krajick
Clerk of the Court
Southern District of New York
500 Pearl Street
New York, NY 10007

| Professional Services | | | | | |
|---|---|---|---|---|---|
| Date | Staff | Description | Hours | Rate | Amount |
| 06/01/2016 | RMR | Monitor new pleadings and telephone call with A. Martinez re same | 0.40 | $500.00 | $200.00 |
| 06/13/2016 | AMM | Review new pleadings re summary judgment (6/1; 6/2; 6/6; 6/9) | 0.90 | $300.00 | $270.00 |
| 07/01/2016 | RMR | Monitor recent motion practice and pleadings | 0.60 | $500.00 | $300.00 |
| 07/08/2016 | AMM | Monitor docket updates (6/29; 6/30; 7/1; 7/7; 7/8); email R. Romano re 7/8/16 NYDA request for order of dismissal | 0.40 | $300.00 | $120.00 |
| 07/12/2016 | AMM | Emails and call with R. Romano re Estate of Roxas' planned Motion to Intervene; conduct research re same | 0.40 | $300.00 | $120.00 |
| 07/12/2016 | RMR | Telephone call and emails with A. Martinez re Estate of Roxas' planned Motion to Intervene | 0.20 | $500.00 | $100.00 |
| 07/14/2016 | RMR | Monitor recent developments | 0.30 | $500.00 | $150.00 |
| 07/22/2016 | AMM | Review recent pleadings (6/29; 6/30; 7/1; 7/7; 7/8; 7/13; 7/14; 7/18; 7/20; 7/21) | 1.00 | $300.00 | $300.00 |
| 07/29/2016 | AMM | Address annual renewal of Christie's Fine Art Storage Services ("CFASS") Storage and Loss Damage Liability Agreements; emails with CFASS (M. Samper) re same | 0.40 | $300.00 | $120.00 |

# R*ROMANO*LAW

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/02/2016 | RMR | Attend to status, including payment of Christie's Fine Art Storage Services ("CFASS") bill; monitor recent pleadings | 0.60 | $500.00 | $300.00 |
| 08/05/2016 | RMR | Review recent pleadings | 0.20 | $500.00 | $100.00 |
| 08/11/2016 | AMM | Review recent pleadings (7/29; 8/2; 8/3; 8/5; 8/9; 8/10; 8/11) | 0.40 | $300.00 | $120.00 |
| 08/12/2016 | AMM | Attend hearing re Motion to Intervene and discovery-related issues; prepare summary re same | 1.00 | $300.00 | $300.00 |
| 08/15/2016 | RMR | Review recent pleadings; telephone call with A. Martinez re court hearing | 0.90 | $500.00 | $450.00 |
| 08/15/2016 | AMM | Call with R. Romano re hearing and status update; review Court Orders (8/15) | 0.50 | $300.00 | $150.00 |
| 08/23/2016 | RMR | Review recent pleadings | 0.20 | $500.00 | $100.00 |
| 08/29/2016 | AMM | Phone call from NY Daily News reporter (Victoria Bekiempis) re NYDA v. Republic of Philippines; review recent pleadings (8/16; 8/18; 8/19; 8/29) | 0.20 | $300.00 | $60.00 |
| 08/30/2016 | RMR | Emails with A. Martinez re NY Daily News inquiry | 0.30 | $500.00 | $150.00 |
| 08/30/2016 | AMM | Emails with R. Romano and Chambers re NY Daily News inquiry; call reporter and specify "no comment." | 0.30 | $300.00 | $90.00 |
| | | | | | |
| | RMR | TOTAL HOURS: (0.4 in June 2016; 1.1 in July 2016; 2.2 in August 2016) | 3.70 | | $1,850.00 |
| | AMM | TOTAL HOURS: (0.9 in June 2016; 2.2 in July 2016; 2.4 in August 2016) | 5.50 | | $1,650.00 |
| | | | | | |
| | | **For professional services rendered** | **9.20** | | **$3,500.00** |

| Expenses | | | |
|---|---|---|---|
| Date of Payment | Payor | Description | Amount |
| 08/02/2016 | RMR | CFASS Invoice #14580 dtd. 7/20/16, received 8/02/16 (for storage and LDL insurance) | $6,750.00 |
| | | **Total Expenses** | **$6,750.00** |

| | |
|---|---|
| **Invoice Amount Due (For Professional Services and Expenses)** | **$10,250.00** |