Exhibit A

# RROMANOLAW

## Law Office of Robert M. Romano PLLC

22 Honey Hollow Road
Pound Ridge, NY 10576
(914) 296-3030

## INVOICE

**Date:** 11/30/2016
**Invoice #:** 109
**Matter:** NYDA v. Republic of Philippines, et al. - 14 Civ. 890
**File #:** 00106-001

**Bill To:**
Ruby Krajick
Clerk of the Court
Southern District of New York
500 Pearl Street
New York, NY 10007

| Professional Services | | | | | |
|---|---|---|---|---|---|
| Date | Staff | Description | Hours | Rate | Amount |
| 09/02/2016 | AMM | Review new pleadings (8/31, 9/1, 9/2) | 0.30 | $300.00 | $90.00 |
| 09/05/2016 | RMR | Emails with A. Martinez re Christie's Fine Art Storage Services ("CFASS") and hurricane/flood risk; monitor recent court filings | 0.50 | $500.00 | $250.00 |
| 09/05/2016 | AMM | Emails with CFASS (M. Samper) re hurricane Hermine potential impact on storage facility; emails with R. Romano re same | 0.20 | $300.00 | $60.00 |
| 09/08/2016 | AMM | Review new pleadings (9/7, 9/8) | 0.30 | $300.00 | $90.00 |
| 09/29/2016 | RMR | Monitor recent pleadings | 0.20 | $500.00 | $100.00 |
| 09/29/2016 | AMM | Review docket updates and new pleadings (9/27, 9/29) | 0.20 | $300.00 | $60.00 |
| 10/13/2016 | RMR | Monitor court filings | 0.60 | $500.00 | $300.00 |
| 10/15/2016 | AMM | Review docket updates and new pleadings (10/3, 10/4, 10/11, 10/12, 10/13, 10/14) | 0.60 | $300.00 | $180.00 |
| 10/17/2016 | AMM | Confer with Special Master re upcoming hearings, updates | 0.10 | $300.00 | $30.00 |

# RROMANOLAW

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/21/2016 | RMR | Monitor recent court filings | 0.20 | $500.00 | $100.00 |
| 10/30/2016 | AMM | Review new pleadings (10/20, 10/21, 10/27) | 0.20 | $300.00 | $60.00 |
| 11/07/2016 | RMR | Monitor recent court filings | 0.50 | $500.00 | $250.00 |
| 11/15/2016 | RMR | Attend to insurance payment and storage fee at CFASS | 0.40 | $500.00 | $200.00 |
| 11/15/2016 | AMM | Review new pleadings (10/31, 11/4, 11/7); confer with R. Romano and M. Samper re CFASS invoice | 0.30 | $300.00 | $90.00 |
| 11/16/2016 | RMR | Address phone call from New York Times reporter re NYDA v. Republic of Philippines; confer with A. Martinez re same | 0.40 | $500.00 | $200.00 |
| 11/16/2016 | AMM | Call with R. Romano re New York Times inquiry | 0.20 | $300.00 | $60.00 |
| 11/28/2016 | AMM | Review docket updates and new pleadings (11/22, 11/23) | 0.10 | $300.00 | $30.00 |
| 11/29/2016 | RMR | Review recent court filings | 0.20 | $500.00 | $100.00 |
| | | | | | |
| | **RMR** | **TOTAL HOURS:** (0.7 in September 2016; 0.8 in October 2016; 1.5 in November 2016) | **3.00** | | $1,500.00 |
| | **AMM** | **TOTAL HOURS:** (1.0 in September 2016; 0.9 in October 2016; 0.6 in November 2016) | **2.50** | | $750.00 |
| | | | | | |
| | | **For professional services rendered** | **5.50** | | **$2,250.00** |

| Expenses | | | | |
|---|---|---|---|---|
| Date of Payment | Payor | Description | | Amount |
| 11/15/2016 | RMR | CFASS Invoice #14854 dtd. 10/20/16, received 11/01/16 (for storage and LDL insurance) | | $6,750.00 |
| | | **Total Expenses** | | **$6,750.00** |

| | |
|---|---|
| **Invoice Amount Due (For Professional Services and Expenses)** | **$9,000.00** |