# RROMANOLAW

## Law Office of Robert M. Romano PLLC

22 Honey Hollow Road
Pound Ridge, NY 10576
(914) 296-3030

## INVOICE

**Date:** 02/28/2017
**Invoice #:** 146
**Matter:** NYDA v. Republic of Philippines, et al. - 14 Civ. 890
**File #:** 00106-001

**Bill To:**
Ruby Krajick
Clerk of the Court
Southern District of New York
500 Pearl Street
New York, NY 10007

| Professional Services | | | | | |
|---|---|---|---|---|---|
| **Date** | **Staff** | **Description** | **Hours** | **Rate** | **Amount** |
| 12/07/2016 | RMR | Monitor recent pleadings. | 0.20 | $500.00 | $100.00 |
| 12/11/2016 | AMM | Review docket updates (12/1; 12/5; 12/7; 12/8). | 0.20 | $300.00 | $60.00 |
| 12/24/2016 | AMM | Review docket updates (12/21; 12/22). | 0.20 | $300.00 | $60.00 |
| 01/03/2017 | AMM | Review docket update (1/3). | 0.10 | $300.00 | $30.00 |
| 01/31/2017 | RMR | Monitor case activity for December to January 2017; confer with A. Martinez re Christie's Fine Art Storage Services ("CFASS") visit; attend to CFASS payment. | 0.80 | $500.00 | $400.00 |
| 01/31/2017 | AMM | Review docket update (1/31/17); confer with R. Romano and CFASS re property status. | 0.20 | $300.00 | $60.00 |
| 02/07/2017 | RMR | Confer with A. Martinez re visit to CFASS storage facility. | 0.20 | $500.00 | $100.00 |

# R**ROMANO**LAW

| | | | | | |
|---|---|---|---|---|---|
| 02/07/2017 | AMM | Visit CFASS; review inventory and inspect property; confer with R. Romano re same. | 1.10 | $300.00 | $330.00 |
| 02/20/2017 | AMM | Review docket updates (2/2; 2/8; 2/9; 2/15). | 0.30 | $300.00 | $90.00 |
| 02/23/2017 | RMR | Monitor case activity for February 2017. | 0.30 | $500.00 | $150.00 |
| 02/23/2017 | AMM | Review docket update (2/23). | 0.10 | $300.00 | $30.00 |
| | | | | | |
| | **RMR** | **TOTAL HOURS:** (0.2 in December 2016; 0.8 in January 2017; 0.5 in February 2017) | 1.50 | | $750.00 |
| | **AMM** | **TOTAL HOURS:** (0.4 in December 2016; 0.3 in January 2017; 1.5 in February 2017) | 2.20 | | $660.00 |
| | | | | | |
| | | **For professional services rendered** | **3.70** | | **$1,410.00** |

| Expenses | | | | | |
|---|---|---|---|---|---|
| Date of Payment | Payor | Description | | | Amount |
| 01/31/2017 | RMR | CFASS Invoice #15120 dtd. 1/20/17, received 1/31/17 (for storage and LDL insurance) | | | $6,750.00 |
| | | **Total Expenses** | | | **$6,750.00** |

| | |
|---|---|
| **Invoice Amount Due (For Professional Services and Expenses)** | **$8,160.00** |