IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

THE DISTRICT ATTORNEY OF NEW YORK COUNTY,

Plaintiff,

vs.

THE REPUBLIC OF THE PHILIPPINES, JOSE DURAN, ON HIS BEHALF AND AS A REPRESENTATIVE OF A CLASS OF JUDGMENT CREDITORS OF IMELDA MARCOS, FERDINAND R. MARCOS and THE ESTATE OF FERDINAND E. MARCOS, IMELDA MARCOS and THE REPUBLIC OF THE PHILIPPINES,

Defendants.

---

Civil Action No. 14-CV-890 (KPF)
Deemed Related to:
Civil Action No. 14-CV-8441 (KPF)

**To:** The Presidential Commission on Good Government
The Republic of the Philippines
IRC Building, #82 EDSA,
Mandaluyong City, Philippines

**PLEASE TAKE NOTICE** that, upon the Declaration of Kenneth C. Murphy dated February 8, 2017, Simon & Partners LLP ("S&Ps") will move at 3:30 in the afternoon on February 22, 2017, before the Honorable Katherine P. Failla, at the United States Courthouse for the Sothern District of New York, located at 40 Foley Square, New York, New York, in the United States of America, pursuant to Rule 1.16 of the Rules of Professional Conduct (22 NYCRR 1200), as well as Local Rule 1.4 of the Local Rules for the Southern and Eastern Districts of New York, for an Order of this Honorable Court relieving S&Ps as counsel of record to the Republic of the Philippines in the matters of

*The District Attorney of New York County v. The Republic of the Philippines, et al.* 14-cv-890 and *The Republic of the Philippines, v. Gavino Abaya, et al.* 14-cv-3829.

Oral argument is requested.

Dated: February 8, 2016
      New York, NY

                        SIMON & PARTNERS LLP

                        By:__s/ Kenneth C. Murphy_____
                        Kenneth C. Murphy (KM 9330)
                        The French Building
                        551 Fifth Avenue
                        New York, NY 10176
                        (212) 332-8900
                        (212) 332-8909 (f)

                        *Attorneys for the Republic*

Cc:    All Counsel of record by Electronic Case Filing System