# RROMANOLAW

## Law Office of Robert M. Romano PLLC

22 Honey Hollow Road
Pound Ridge, NY 10576
(914) 296-3030

## INVOICE

**Date:** 05/31/2017
**Invoice #:** 180
**Matter:** NYDA v. Republic of Philippines, et al. - 14 Civ. 890
**File #:** 00106-001

**Bill To:**
Ruby Krajick
Clerk of the Court
Southern District of New York
500 Pearl Street
New York, NY 10007

| Professional Services | | | | | |
|---|---|---|---|---|---|
| **Date** | **Staff** | **Description** | **Hours** | **Rate** | **Amount** |
| 03/01/2017 | RMR | Monitor case activity (2/28). | 0.20 | $500.00 | $100.00 |
| 03/01/2017 | AMM | Review docket updates (2/28). | 0.10 | $300.00 | $30.00 |
| 03/13/2017 | RMR | Monitor recent case activity; emails with A. Martinez re winter storm concerns. | 0.40 | $500.00 | $200.00 |
| 03/13/2017 | AMM | Emails with R. Romano re storm and re updates from Christie's Fine Art Storage Services ("CFASS"). | 0.10 | $300.00 | $30.00 |
| 03/14/2017 | AMM | Review docket updates (3/7; 3/9; 3/13; 3/14). | 0.10 | $300.00 | $30.00 |
| 03/15/2017 | RMR | Telephone calls with A. Martinez re assurance from CFASS re no storm damage. | 0.20 | $500.00 | $100.00 |
| 03/15/2017 | AMM | Contact CFASS (M. Samper) to confirm no storm impact to storage units from 3/14/17 blizzard; confer with R. Romano re same; review docket update (3/15). | 0.30 | $300.00 | $90.00 |

# R**ROMANO**LAW

| | | | | | |
|---|---|---|---|---|---|
| 03/29/2017 | AMM | Review docket updates (3/17; 3/20, 3/24). | 0.20 | $300.00 | $60.00 |
| 04/13/2017 | RMR | Monitor March and April case activity. | 0.20 | $500.00 | $100.00 |
| 04/16/2017 | AMM | Review docket update (4/14). | 0.10 | $300.00 | $30.00 |
| 05/07/2017 | RMR | Attend to payment of CFASS bill; email CFASS re revised visitation procedure. | 0.30 | $500.00 | $150.00 |
| 05/23/2017 | RMR | Receive and forward CFASS storage receipt. | 0.10 | $500.00 | $50.00 |
| 05/31/2017 | RMR | Monitor case activity. | 0.40 | $500.00 | $200.00 |
| 05/31/2017 | AMM | Review docket updates (5/24, 5/25, 5/30). | 0.30 | $300.00 | $90.00 |
| | | | | | |
| | **RMR** | **TOTAL HOURS:** (0.8 in March 2017; 0.2 in April 2017; 0.8 in May 2017) | **1.80** | | $900.00 |
| | **AMM** | **TOTAL HOURS:** (0.8 in March 2017; 0.1 in April 2017; 0.3 in May 2017) | **1.20** | | $360.00 |
| | | | | | |
| | | **For professional services rendered** | **3.00** | | **$1,260.00** |

| Expenses | | | | | |
|---|---|---|---|---|---|
| Date of Payment | Payor | Description | | | Amount |
| 05/08/2017 | RMR | CFASS Invoice #15383 dtd. 4/19/17, received 5/5/17 (for storage and LDL insurance) | | | $6,750.00 |
| | | **Total Expenses** | | | **$6,750.00** |

| | |
|---|---|
| **Invoice Amount Due (For Professional Services and Expenses)** | **$8,010.00** |