# R<span style="color:red">ROMANO</span>LAW

## Law Office of Robert M. Romano PLLC

22 Honey Hollow Road
Pound Ridge, NY 10576
(914) 296-3030

## INVOICE

**Date:** 12/20/2017
**Invoice #:** 214
**Matter:** NYDA v. Republic of Philippines, et al. - 14 Civ. 890
**File #:** 00106-001

**Bill To:**
Ruby Krajick
Clerk of the Court
Southern District of New York
500 Pearl Street
New York, NY 10007

| Professional Services | | | | | |
|---|---|---|---|---|---|
| Date | Staff | Description | Hours | Rate | Amount |
| 06/13/2017 | AMM | Review docket updates (6/2; 6/5; 6/6; 6/7; 6/8; 6/9). | 0.50 | $300.00 | $150.00 |
| 06/16/2017 | RMR | Review recent docket activity. | 1.00 | $500.00 | $500.00 |
| 06/22/2017 | RMR | Emails with A. Martinez re coverage of court conference; review recent docket activity. | 0.40 | $500.00 | $200.00 |
| 06/22/2017 | AMM | Confer with R. Romano re status of case. | 0.20 | $300.00 | $60.00 |
| 06/23/2017 | AMM | Prepare for and attend pre-motion hearing; email summary to R. Romano; review docket updates (6/16; 6/21; 6/22). | 0.80 | $300.00 | $240.00 |
| 06/30/2017 | RMR | Monitor docket activity and report from A. Martinez re pre-motion conference. | 0.40 | $500.00 | $200.00 |
| 06/30/2017 | AMM | Review docket updates (6/26; 6/28; 6/30). | 0.10 | $300.00 | $30.00 |
| 07/03/2017 | AMM | Emails with Christie's Fine Art Storage Services ("CFASS") manager (M. Samper) | 0.30 | $300.00 | $90.00 |

# RROMANOLAW

| | | | | | |
|---|---|---|---|---|---|
| | | | re supervisor change and confirmation of contract continuity. | | | |
| 07/26/2017 | RMR | Monitor motion practice. | 0.50 | $500.00 | $250.00 |
| 07/31/2017 | AMM | Review docket updates (7/5; 7/24; 7/26; 7/28). | 0.40 | $300.00 | $120.00 |
| 08/02/2017 | RMR | Attend to payment of CFASS bill; monitor late July docket entries. | 0.60 | $500.00 | $300.00 |
| 08/12/2017 | RMR | Monitor recent docket entries. | 0.20 | $500.00 | $100.00 |
| 08/14/2017 | RMR | Receive paid CFASS bill and forward to A. Martinez. | 0.20 | $500.00 | $100.00 |
| 08/16/2017 | AMM | Review docket updates (8/4; 8/9; 8/11). | 0.20 | $300.00 | $60.00 |
| 08/23/2017 | RMR | Teleconference with Judge Failla and A. Martinez re appraisal and related property administration issues. | 0.30 | $500.00 | $150.00 |
| 08/23/2017 | AMM | Conference call with Judge Failla and confer with R. Romano re appraisal and related property administration issues. | 0.30 | $300.00 | $90.00 |
| 08/24/2017 | RMR | Email from Judge Failla re contact information and other background material re appraisal; telephone call with A. Martinez re information from Judge Failla; voicemail to Christie's (C. Moustakis) re follow-up to Judge Failla material. | 0.70 | $500.00 | $350.00 |
| 08/24/2017 | AMM | Confer with R. Romano re appraisal and related property administration issues; contact Christie's re same. | 0.30 | $300.00 | $90.00 |
| 08/25/2017 | RMR | Email to Christie's (C. Moustakis) re follow-up to Judge Failla call; teleconference with Christie's (C. Moustakis) and A. Martinez re appraisal and related issues; follow-up telephone call with A. Martinez re Christie's call; emails with Judge Failla re call with Christie's; monitor court docket. | 1.50 | $500.00 | $750.00 |
| 08/25/2017 | AMM | Follow-up emails with Christie's re appraisals; conference call with Christie's; call with R. Romano re appraisal and | 0.90 | $300.00 | $270.00 |

# RROMANOLAW

| | | | related administration issues; review pleadings (8/25). | | | |
|---|---|---|---|---|---|---|
| 08/28/2017 | RMR | | Monitor current docket entries. | 0.30 | $500.00 | $150.00 |
| 08/29/2017 | AMM | | Monitor docket updates (8/28 & 8/29). | 0.10 | $300.00 | $30.00 |
| 08/30/2017 | RMR | | Emails and telephone calls with Christie's re agreement and related follow-up; emails and telephone calls with A. Martinez re same; review, execute, and return agreement; monitor recent docket activity. | 1.80 | $500.00 | $900.00 |
| 08/30/2017 | AMM | | Call with Christie's re appraisal; confer with R. Romano re same and related property administration issues; review agreement draft from Christie's. | 0.90 | $300.00 | $270.00 |
| 08/31/2017 | AMM | | Email Judge Failla re appraisal issues. | 0.10 | $300.00 | $30.00 |
| 09/01/2017 | AMM | | Monitor docket updates (8/30 and 9/1). | 0.10 | $300.00 | $30.00 |
| 09/12/2017 | RMR | | Confer with A. Martinez re appraisal. | 0.20 | $500.00 | $100.00 |
| 09/12/2017 | AMM | | Review Christie's materials and email follow-up questions; confer with R. Romano re same. | 0.30 | $300.00 | $90.00 |
| 09/13/2017 | RMR | | Emails with A. Martinez re appraisal. | 0.10 | $500.00 | $50.00 |
| 09/13/2017 | AMM | | Email R. Romano re appraisal; email information to the Court. | 0.30 | $300.00 | $90.00 |
| 09/14/2017 | RMR | | Confer with A. Martinez re appraisal. | 0.10 | $500.00 | $50.00 |
| 09/14/2017 | AMM | | Call with Christie's (C. Moustakis) re appraisal issues; email Christie's re same; email materials to Judge Failla; confer with R. Romano re same. | 0.80 | $300.00 | $240.00 |
| 09/26/2017 | AMM | | Monitor docket updates (9/11; 9/12; 9/18). | 0.20 | $300.00 | $60.00 |
| 11/01/2017 | RMR | | Attend to the payment of CFASS bill (which was subsequently revised and reissued). | 0.30 | $500.00 | $150.00 |
| 11/01/2017 | AMM | | Call with CFASS manager (R. Mahil) re loss damage liability ("LDL") insurance | 0.20 | $300.00 | $60.00 |

# RROMANOLAW

| | | | | | |
|---|---|---|---|---|---|
| | | renewal and visit to storage warehouse. | | | |
| 11/02/2017 | AMM | Follow up with CFASS (R. Mahil) re insurance and warehouse visit. | 0.10 | $300.00 | $30.00 |
| 11/03/2017 | RMR | Call with A. Martinez re visit to CFASS storage unit and re property insurance. | 0.40 | $500.00 | $200.00 |
| 11/03/2017 | AMM | Call with R. Romano re CFASS visit and insurance issues; emails with CFASS re insurance. | 0.50 | $300.00 | $150.00 |
| 11/05/2017 | AMM | Email CFASS (R. Mahil) documentation concerning LDL insurance for stored property. | 0.30 | $300.00 | $90.00 |
| 11/06/2017 | AMM | Visit CFASS and confirm inventory and property status. | 0.60 | $300.00 | $180.00 |
| 11/13/2017 | AMM | Follow-up with CFASS re LDL insurance. | 0.10 | $300.00 | $30.00 |
| 11/14/2017 | AMM | Emails and call with CFASS (R. Mahil) re LDL insurance updates. | 0.40 | $300.00 | $120.00 |
| 11/15/2017 | RMR | Telephone call with A. Martinez re insurance and general updates. | 0.40 | $500.00 | $200.00 |
| 11/15/2017 | AMM | Call with R. Romano re property status and insurance; follow-up emails with CFASS re same; review and revise LDL agreement. | 0.70 | $300.00 | $210.00 |
| 11/16/2017 | RMR | Monitor emails from CFASS and email from A. Martinez re property insurance and other issues. | 0.30 | $500.00 | $150.00 |
| 11/16/2017 | AMM | Email from CFASS and email to R. Romano re LDL agreement and property administration. | 0.30 | $300.00 | $90.00 |
| 11/17/2017 | RMR | Review and sign revised LDL insurance agreement; call with A. Martinez re same. | 0.40 | $500.00 | $200.00 |
| 11/17/2017 | AMM | Review and revise final LDL agreement draft; emails and call with R. Romano re same; emails with CFASS (R. Mahil) re next steps. | 0.60 | $300.00 | $180.00 |

# R**ROMANO**LAW

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/20/2017 | RMR | Call with A. Martinez re updated CFASS forms and general property administration issues. | 0.20 | $500.00 | $100.00 |
| 11/20/2017 | AMM | Emails with CFASS (R. Mahil) and R. Romano re Third Party Authorization form for A. Martinez; emails re call with Christie's concerning contracts, insurance, and general property administration issues. | 0.40 | $300.00 | $120.00 |
| 11/21/2017 | RMR | Review and sign CFASS Third Party Authorization form for A. Martinez. | 0.20 | $500.00 | $100.00 |
| 11/22/2017 | AMM | Email and mail final, signed LDL agreement to CFASS. | 0.10 | $300.00 | $30.00 |
| 11/28/2017 | RMR | Conference call with Christie's re general property status and administration issues. | 0.50 | $500.00 | $250.00 |
| 11/28/2017 | AMM | Conference call with R. Romano and Christie's re status updates, contracts, insurance, and general property administration issues. | 0.50 | $300.00 | $150.00 |
| 11/29/2017 | RMR | Telephone call with A. Martinez re invoice and general property administration issues; emails with Judge Failla re status update. | 0.50 | $500.00 | $250.00 |
| 11/29/2017 | AMM | Emails with CFASS (R. Mahil) and calls with R. Romano re updates on invoice and LDL agreement; mail Third Party Authorization form to CFASS. | 0.30 | $300.00 | $90.00 |
| | **RMR** | **TOTAL HOURS:** (1.8 in June 2017; 0.5 in July 2017; 5.6 in August 2017; 0.4 in Sept. 2017; 3.2 in Nov. 2017) | 11.50 | | $5,750.00 |
| | **AMM** | **TOTAL HOURS:** (1.6 in June 2017; 0.7 in July 2017; 2.8 in August 2017; 1.7 in Sept. 2017; 5.1 in Nov. 2017) | 11.90 | | $3,570.00 |
| | | **For professional services rendered** | 23.40 | | **$9,320.00** |

Exhibit A

# RROMANOLAW

| Expenses | | | | | |
|---|---|---|---|---|---|
| **Date of Payment** | **Payor** | **Description** | | | **Amount** |
| 08/02/2017 | RMR | CFASS Invoice #15636 dtd. 7/21/17, received 8/02/17 (for storage and LDL insurance) | | | $6,750.00 |
| 12/01/2017 | RMR | CFASS Invoice #15874 initially dtd. 10/20/17 and reissued 12/01/17 (for storage and LDL insurance) | | | $6,059.00 |
| | | **Total Expenses** | | | **$12,809.00** |

| | |
|---|---|
| **Invoice Amount Due (For Professional Services and Expenses)** | **$22,129.00** |