Exhibit A

# RROMANOLAW

## Law Office of Robert M. Romano PLLC

22 Honey Hollow Road
Pound Ridge, NY 10576
(914) 296-3030

## INVOICE

**Date:** 3/01/2018
**Invoice #:** 301
**Matter:** NYDA v. Republic of Philippines, et al. - 14 Civ. 890
**File #:** 00106-001

**Bill To:**
Ruby Krajick
Clerk of the Court
Southern District of New York
500 Pearl Street
New York, NY 10007

| **Professional Services** | | | | | |
|---|---|---|---|---|---|
| Date | Staff | Description | Hours | Rate | Amount |
| 12/01/2017 | RMR | Conference call with Judge Failla and A. Martinez re status updates and general property administration issues; follow-up call with A. Martinez re property administration issues; attend to payment of Christie's Fine Art Storage Services ("CFASS") storage and revised loss damage liability ("LDL") insurance fees from 11/3/17 to 2/2/18. | 0.70 | $500.00 | $350.00 |
| 12/01/2017 | AMM | Call with Judge Failla and R. Romano re status updates and property administration issues; follow up with CFASS manager (R. Mahil) re storage fees and administrative forms; contact Christie's (S. Kim) re stored artwork valuation; confer with R. Romano re same. | 1.10 | $300.00 | $330.00 |
| 12/05/2017 | RMR | Monitor email communications from CFASS (R. Mahil) re administrative issues. | 0.10 | $500.00 | $50.00 |
| 12/05/2017 | AMM | Follow up with CFASS (R. Mahil) re administrative issues. | 0.30 | $300.00 | $90.00 |

# RROMANOLAW

| 12/07/2017 | RMR | Emails with A. Martinez re property administration updates. | 0.10 | $500.00 | $50.00 |
|---|---|---|---|---|---|
| 12/07/2017 | AMM | Follow-up emails with Christie's (S. Kim) re stored artwork; call CFASS (R. Mahil) re administrative forms and storage fee payment; email R. Romano re same. | 0.40 | $300.00 | $120.00 |
| 12/08/2017 | AMM | Email exchange with CFASS (R. Mahil) re storage fee payment and LDL insurance form. | 0.10 | $300.00 | $30.00 |
| 12/11/2017 | RMR | Review emails from CFASS and A. Martinez to Christie's re property administration issues. | 0.10 | $500.00 | $50.00 |
| 12/11/2017 | AMM | Email exchange with new CFASS client relationship manager, G. Voges, re property administration; email Christie's (S. Kim) re update on stored property estimate. | 0.20 | $300.00 | $60.00 |
| 12/19/2017 | AMM | Emails with CFASS (G. Voges) re receipt of payment and status of LDL insurance form. | 0.20 | $300.00 | $60.00 |
| 12/20/2017 | AMM | Email from CFASS (G. Voges) re receipt of payment and status of LDL form. | 0.10 | $300.00 | $30.00 |
| 12/21/2017 | RMR | Monitor emails from CFASS re payment receipt and administrative form. | 0.10 | $500.00 | $50.00 |
| 12/21/2017 | AMM | Emails with CFASS (G. Voges) re receipt of LDL insurance form. | 0.10 | $300.00 | $30.00 |
| 01/02/2018 | RMR | Call with A. Martinez re Christie's update on stored print valuation. | 0.10 | $500.00 | $50.00 |
| 01/02/2018 | AMM | Follow up with Christie's (S. Kim) re information on print in storage; confer with R. Romano re same. | 0.20 | $300.00 | $60.00 |
| 01/19/2018 | RMR | Email A. Martinez re property administration payment. | 0.10 | $500.00 | $50.00 |
| 01/19/2018 | AMM | Email from R. Romano re CFASS invoice. | 0.10 | $300.00 | $30.00 |
| 01/23/2018 | RMR | Monitor docket activity. | 0.10 | $500.00 | $50.00 |

# R<span style="color:red">R</span>OMANOLAW

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/23/2018 | AMM | Review new pleading on docket (1/23). | 0.10 | $300.00 | $30.00 |
| 01/30/2018 | AMM | Email R. Romano re CFASS invoice. | 0.10 | $300.00 | $30.00 |
| 02/01/2018 | RMR | Attend to payment of CFASS bill. | 0.30 | $500.00 | $150.00 |
| | **RMR** | **TOTAL HOURS:** (1.1 in December 2017; 0.3 in January 2018; 0.3 in February 2018) | **1.70** | | **$850.00** |
| | **AMM** | **TOTAL HOURS:** (2.5 in December 2017; 0.5 in January 2018) | **3.00** | | **$900.00** |
| | | **For professional services rendered** | **4.70** | | **$1,750.00** |

| Expenses | | | | | |
|---|---|---|---|---|---|
| Date of Payment | Payor | Description | | | Amount |
| 02/01/2018 | RMR | CFASS Invoice #15975 dtd. 11/29/17, received 1/18/18 (for storage and LDL insurance from 2/3/18 to 5/2/18) | | | $6,059.00 |
| | | **Total Expenses** | | | **$6,059.00** |

**Invoice Amount Due (For Professional Services and Expenses)**     **$7,809.00**