```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
DISTRICT ATTORNEY OF NEW YORK                         :
COUNTY,                                               :
                                                      :
                                                      :    14 Civ. 890 (KPF)
                              Plaintiff,              :
                                                      :          ORDER
              v.                                      :
                                                      :
THE REPUBLIC OF THE PHILIPPINES, et                   :
al.,                                                  :
                                                      :
                              Defendants.             :
                                                      :
------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __April 9, 2018__

KATHERINE POLK FAILLA, District Judge:

   The Court is in receipt of Jose Duran's motion for reconsideration, dated April 6, 2018, and the memorandum of law filed in support thereto. (Dkt. #430-432). The Court plans to address said motion at the hearing that the Court previously scheduled for **May 3, 2018, at 2:00 p.m.**

   Any responses from other claimants shall be submitted on or before **April 23, 2018**. If the Court determines that oral argument would be useful, it will inform the parties in advance of the May 3, 2018 hearing.

   SO ORDERED.

Dated:   April 9, 2018
         New York, New York

                                                   _____
                                                       KATHERINE POLK FAILLA
                                                       United States District Judge