THE LAW FIRM OF

# César de Castro, P.C.

ATTORNEY AT LAW

7 World Trade Center, 34th Floor
New York, New York 10007

646.200.6166 Main
212.808.8100 Reception
646.839.2682 Fax
www.cdecastrolaw.com

June 4, 2018

*Via* **ECF**

The Honorable Katherine P. Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Street
New York, New York 10007

    Re: *District Attorney of New York County v. Republic of the Philippines, et al.*, 14 Cv. 890 (KPF)

Dear Judge Failla:

I write to clarify the record concerning my trial schedule. On May 29, 2018, Robert Swift, counsel for Jose Duran and the Creditor Class, submitted a letter to the Court. *See* Dkt. No. 447. In his letter Mr. Swift made erroneous statements concerning my trial schedule and appears unwilling to correct the record.

My current trial schedule is as follows: (1) *United States v. Varela, et al.*, 17 Cr. 636 (KPF) (SDNY), August 27, 2018 trial date; (2) *United States v. Miller*, 17 Cr. 415 (MKB) (EDNY), September 10, 2018 trial date; and (3) *United States v. Amaya-Sanchez, et al.*, 16 Cr. 403 (JFB) (EDNY), October 9, 2018 trial date.

Respectfully submitted,

/s/

César de Castro


cc: all counsel of record (*via* ECF)