# EXHIBIT A

# CHRISTIE'S

## Fine Art

1.
**LEE AGUINALDO (1933–2007)**

*Green Circulation No. 23*
dated 'Aug. 5, 1975' (on the reverse)
acrylic on board
24 x 24 in.



# CHRISTIE'S

## Fine Art

3.

**FEDERICO AGUILAR ALCUAZ (B. 1932)**

*Landscape*
signed and dated '81' (lower left)
acrylic on canvas
25 1/2 x 31 1/2 in.



4.

**FERNANDO CUETO AMORSOLO (1892–1972)**

*Wagon on Road*
signed and dated '61' (lower right)
oil on canvas
23 1/4 x 29 1/2 in.



# CHRISTIE'S

## Fine Art

**6.**

**FERNANDO CUETO AMORSOLO (1892-1972)**

*Female Nude*
signed and dated '1947' (lower right)
oil on canvas
16 x 20 in.



**7.**

**FERNANDO CUETO AMORSOLO (1892-1972)**

*Street in Manillo*
signed and dated 'Manillo April 21, 1945'
oil on canvas
17 x 23 1/2 in.



# CHRISTIE'S

## Fine Art

**9.**
**RALPH WOLFE COWAN (B. 1931)**

*Family Portrait*
signed (lower right), dated '1983'
oil on canvas
25 5/8 x 35 3/4 in.



**10.**
**RALPH WOLFE COWAN (B. 1931)**

*Ferdinand Marcos*
oil on canvas
90 x 51 1/4 in.
Painted in 1984

*Emelda Marcos*
oil on canvas
90 x 51 1/4 in.

a pair (2)



**11.**
**EDGAR DOCTOR (B. 1941)**

*Full moon over my town*
signed (lower right)
watercolor on paper
20 3/4 x 13 1/2 in. (sight)



# CHRISTIE'S

## Fine Art

**12.**

**EDGAR DOCTOR (B. 1941)**

*Morning Catch '00 #11*
signed (lower right)
watercolor on paper
14 1/2 x 21 1/2 in.



**13.**

**AN ELEPHANT ARTIST**

*Untitled*
watercolor on paper
21 3/4 x 29 3/4 in.
Executed in 2002



**14.**

**AN ELEPHANT ARTIST**

*Untitled*
watercolor on paper
21 3/4 x 29 1/2 in.
Executed in 2002



# CHRISTIE'S

## Fine Art

16.
**ROMULO GALICANO (B. 1945)**

*Landscape*
signed and dated '81' (lower left)
pastel on paper
24 x 36 in.



17.
**JOSE JOYA (1931-1995)**

*Virgo, New York City*
signed and dated '1968' (lower left)
oil on canvas
23 x 23 in.



# CHRISTIE'S

## Fine Art

**18.**
**ANG KIU KOK (1931–2005)**

*69 Crucifix #5*
signed (lower right), dated '69'
oil on board
31 1/2 x 23 1/2 in.



**19.**
**ANG KIU KOK (1931–2005)**

*Yellow Fish*
signed and dated '76'
watercolor on paper
11 1/4 x 17 1/2 in.



**20.**
**CESAR LEGASPI (1917–1994)**

*Female Nude*
signed and dated '79' (lower right)
charcoal on paper
21 1/4 x 14 1/4 in.



# CHRISTIE'S

## Fine Art

21.
**PIERRE LESIEUR (B. 1922)**

*Mirror and City View*
gouache on paper
10 1/2 x 13 1/2 in.



22.
**ARTURO LUZ (B. 1926)**

*Celebration*
watercolor with pencil on paper
34 1/2 x 23 1/2 in.
Executed in 1965



23.
**VICENTE SILVA MANASALA (1910–1981)**

*Melons and Fish*
signed and dated "73' (upper right)
oil on canvas
38 x 48 in.



# CHRISTIE'S

## Fine Art

26.
**GALO OCAMPO (1913–1985)**

*Tabor Cove*
watercolor over pencil on paper
20 x 13 3/4 in.



# CHRISTIE'S

## Fine Art

**27.**

**HERNANDO R. OCAMPO (1911-1978)**

*Untitled*
signed and dated '74' (lower right)
acrylic on board
39 1/2 x 29 1/2 in.



**28.**

**ALFONSO ALFARO OMPOD (20TH CENTURY)**

*Two Fishes and Five Loaves of Bread*
signed and dated "97 NY' (lower left)
acrylic on canvas
36 x 48 in.



# CHRISTIE'S

Fine Art

30.

**IBARRA DELA ROSA (1943–1998)**

*House front*
oil on canvas
10 1/2 x 9 1/2 in.



# CHRISTIE'S

## Fine Art

**31.**
**EAMON ROY (20TH CENTURY)**

*School of Fish*
signed and dated "64'
oil on paper
20 3/4 x 28 1/2 in.



**32.**
**NENA SAGUIL (1914–1994)**

*Untitled*
signed and dated '64' (lower right)
watercolor and gouache on paper
24 3/4 x 18 1/2 in.



**33.**
**SANCHEZ (20TH CENTURY)**

*Street Lamp*
acrylic on canvas
24 x 18 in.



# CHRISTIE'S

## Fine Art

**35.**
**JUVENAL SANSO (B. 1929)**

*With Cadence Deep*
signed (lower right)
acrylic on paper
25 1/2 x 20 in.



**36.**
**JUVENAL SANSO (B. 1929)**

*Star-Lore*
oil on canvas
22 x 33 3/4 in.



# CHRISTIE'S

## Fine Art

37.

**MAURO (MALANE) SANTOS (B. 1928)**

*New York City Street*
signed (lower right)
pastel and gouache on paper
19 1/4 x 15 1/4 in.



38.

**MAURO (MALANE) SANTOS (B. 1928)**

*Skyscraper*
signed (lower right)
gouache on paper
13 1/2 x 10 1/2 in.



39.

**MAURO (MALANE) SANTOS (B. 1928)**

*Crucifixion*
colored wax crayon, pastels and gouache on paper
15 3/4 x 24 3/4 in.



# CHRISTIE'S

## Fine Art

**40.**

**MAURO (MALANG) SANTOS (B. 1928)**

*Woman with plant*
signed and dated '5.IV.80' (lower right)
gouache on paper
19 1/4 x 19 1/2 in.



**41.**

**MAURO (MALANG) SANTOS (B. 1928)**

*Rooftops*
signed and dated 'II.VII.78' (lower right)
watercolor on paper
11 3/4 x 15 3/4 in.



**42.**

**MAURO (MALANG) SANTOS (B. 1928)**

*Star above Trees*
signed and dated '7.x11.79'
watercolor on paper
14 1/2 x 14 1/2 in.



# CHRISTIE'S

## Fine Art

**43.**
**MAURO (MALANG) SANTOS (B. 1928)**

*Abstract landscape*
gouache, brush, black ink and oil on paper
21 3/4 x 35 in.



**44.**
**MAURO (MALANG) SANTOS (B. 1928)**

*Flower pot*
signed and dated '10.V.77' (lower right)
gouache and watercolor over pencil on paper
15 x 10 1/4 in.



**45.**
**MAURO (MALANG) SANTOS (B. 1928)**

*New York buildings*
signed and dated '12.XI.75' (lower right)
watercolor over charcoal on paper
8 x 11 1/4 in.



16

# CHRISTIE'S

## Fine Art

**46.**
**MAURO (MALANG) SANTOS (B. 1928)**

*Flower pot in earth tones*
signed and dated '2.IV.76' (lower right)
watercolor over charcoal on paper
6 1/4 x 5 in.



**47.**
**MAURO (MALANG) SANTOS (B. 1928)**

*Rooftops*
signed and dated '19.XI.76' (lower right)
gouache and watercolor on paper
13 1/2 x 10 1/2 in.



**48.**
**MAURO (MALANG) SANTOS (B. 1928)**

*Blooming Plants*
signed and dated '12.XI.76' (lower right)
pastel on paper
23 3/4 x 17 3/4 in.



# CHRISTIE'S

## Fine Art

**50.**
**ROMEO V TABUENA (B. 1921)**

*Three Children*
signed and dated '1981' (upper right)
acrylic on board
35 1/2 x 42 1/2 in.



**51.**
**ROMEO V TABUENA (B. 1921)**

*White Rooster*
signed and dated '67' (upper left)
acrylic on board
22 1/2 x 16 1/2 in.



# CHRISTIE'S

## Fine Art

**52.**

**ARTIST UNKNOWN (20TH CENTURY)**

*Flower pot*
dated '2/14/71'
acrylic on canvas
16 x 11 3/4 in.



**53.**

**FRANCISCO M. VERANO (B. 1938)**

*A Breath of White*
signed and dated '4/22/82' (lower right)
acrylic on board
23 1/2 x 10 1/2 in.



# CHRISTIE'S

## Chinese Works of Art

**54.**
**A FOUR PANEL SPINACH JADE AND
HARDWOOD SCREEN**
72 1/2 x 14 in. (each panel)



# CHRISTIE'S

## Rugs and Carpets

**55.**
**A SERAFIAN ISFAHAN RUG**
CENTRAL PERSIA, MID-20TH CENTURY
Approximately 7 ft. 7 in. x 4 ft. 8 in.

(Assumes the source or origin is such that sale is
permitted and that provenance is sufficient for inclusion
in sale at Christie's)



**56.**
**AN INDIAN CARPET**
EARLY 20TH CENTURY
Approximately 18 ft. 6 in. x 9 ft. 6 in.







Madonna and Child Mezzotint

Per May 9, 2018 e-mail from Robert Romano colleague Adriana Martinez-

- The "Madonna and Child Print" is a small black-and-white print that the NYDA had stored together with the above-referenced 113 lots, which we transferred to the CFASS storage unit. Per our email exchanges with Christie's Senior VP, Sharon Kim, it appears to be a mezzotint valued at a "few hundred dollars" by the Christie's Print department.