# EXHIBIT B

**Paintings To Be Returned To Estate Of Jorge Ramos**

1. Federico Aguilar Alcuaz, "Fruit Still Life" (1960)
2. Fernando Cueto Amorsolo, "Fruit Still Life" (1969)
3. Reginald Barber, "Reclining Woman in White" (1889)
4. Carlos Villaluz Francisco, "Mourning Figures"
5. Louis Richards, Landscape with Stream"
6. Louis Richards, Landscape with Tree"
7. Juvenal Sanso, "Surreal Plants"