# EXHIBIT C 1

AXA Life Insurance Co. Annuity Policy 310037276

Met Life Investors Annuity Contract 1102504695

US Life Insurance Annuity Contract 2CB03892