# EXHIBIT C 2

NY Life Insurance Annuity 75627422

NY Life Insurance Annuity 75626520