# EXHIBIT D

| ITEM # | MODEL | BRAND | MATERIAL | STONES | SIZE | VALUE |
|---|---|---|---|---|---|---|
| | | | | | | |
| 1 | CLUTCH | TIFFANY & CO | GOLD COLOR SATIN FABRIC | NA | 11" x 4" | $ 125.00 |
| 2 | RING | | 14K WHITE GOLD | DIAMOND | | $ 100.00 |
| 3 | BRACELET | | SILVER CUFF | ONYX AND MOTHER OF PEARL | 60mm | $ 150.00 |
| 4 | WATCH | SEIKO | STAINLESS STEEL | | | $ 50.00 |
| 5 | NECKLACE | | 14K WHITE GOLD | 7mm TRIPLE STRAND 156 ROSE PEARLS DIAMOND CLASP +/- 3.5 CARATS DIAMONDS | 17" LENGTH | $ 1,750.00 |
| 6 | NECKLACE | | | 7.5MM SINGLE STRAND 205 ROSE PEARLS | 80" LENGTH | $ 1,100.00 |
| | | | | | | |
| 7 | BROOCH | | BASE METAL | FAUX PEARLS | | NO VALUE |
| 8 | EARRINGS | TIFFANY & CO | STERLING SILVER | WAVE LOOK | | $ 25.00 |
| 9 | EARRINGS | | BASE METAL | FAUX SQUARE STONES | | NO VALUE |
| 10 | RING | | BASE METAL | FAUX BLUE STONE | | NO VALUE |
| 11 | RING | | 18K YELLOW GOLD | FLOWER PETAL DESIGN | 6.5 | $ 125.00 |
| 12 | EARRINGS | | 18K YELLOW GOLD | FLOWER PETAL DESIGN | | $ 125.00 |
| 13 | PENDANT | | BASE METAL | CROSS | | NO VALUE |
| 14 | CHARM | | STERLING SILVER | TURQUOISE EYE FISH | 21MM | $ 25.00 |
| 15 | TIE TACK | | 14K YELLOW GOLD | LETTER "L" | | $ 10.00 |
| 16 | EARRINGS | | BASE METAL | HEART SHAPE FAUX WHITE STONE | | NO VALUE |
| 17 | EARRINGS | | 14K YELLOW GOLD | SINGLE EARRING 3 PEARL DROP | | $ 55.00 |
| 18 | EARRINGS | | 14K ROSE GOLD | SINGLE EARRING JADE DROP | 8 X 5MM | $ 25.00 |
| 19 | PENDANT | | BASE METAL | PLAYBOY KEY | | NO VALUE |
| 20 | EARRINGS | | 18K ROSE GOLD | LOT OF 3 EAR STUDS | | $ 30.00 |
| | | | | | | |
| 21 | EARRINGS | | BASE METAL | FAUX BLACK PEARL STUDS | | NO VALUE |
| 22 | EARRINGS | | BASE METAL | FAUX BLACK PEARL STUDS | | NO VALUE |
| 23 | MISCELLANEOUS | | BASE METAL | END PIECE | | NO VALUE |
| 24 | CUFFLINKS | | 14K YELLOW GOLD | SINGLE CUFFLINK MOTHER OF PEARL | | $ 85.00 |
| 25 | MISCELLANEOUS | | 14K YELLOW GOLD | SHIRT STUD WITH MOTHER OF PEARL | | $ 80.00 |
| 26 | MISCELLANEOUS | TIFFANY & CO | 18K YELLOW GOD | CIRCULAR LOOP | | $ 60.00 |
| 27 | EARRING | | BASE METAL | SINGLE EARRING | | NO VALUE |
| 28 | CHARM | | 18K YELLOW GOLD | DOG WITH BLUE ENAMEL | | $ 215.00 |
| | | | | | | |
| 29 | MISCELLANEOUS | | BASE METAL | FAUX PENDANT | | NO VALUE |
| 30 | MISCELLANEOUS | | BASE METAL | FAUX PENDANT | | NO VALUE |
| 31 | MISCELLANEOUS | | BASE METAL | FAUX PEARL | | NO VALUE |
| 32 | MISCELLANEOUS | | BASE METAL | FAUX PENDANT | | NO VALUE |
| 33 | MISCELLANEOUS | | BASE METAL | FAUX PENDANT | | NO VALUE |
| 34 | MISCELLANEOUS | | BASE METAL | FAUX 3 BLUE STONE SEGMENT | | NO VALUE |
| 35 | MISCELLANEOUS | | BASE METAL | FAUX PENDANT | | NO VALUE |
| | | | | | | |
| 36 | MISCELLANEOUS | CARTIER | STERLING SILVER | DECORATIVE EGG ON STAND | | $ 145.00 |
| 37 | BRACELET | | BASE METAL | GOLD TONE | | NO VALUE |
| 38 | WATCH | GIRARD PERREGAUX | STEEL | RECTANGLE WATCH | | $ 25.00 |
| 39 | WATCH | PIAGET | 18K YELLOW GOLD | ENAMEL DIAL APPLIED ROMAN NUMERALS DGM deployment buckle made for VCA | | $ 1,500.00 |
| 40 | FRAME | (P) | MEXICAN STERLING | FOLDING CASE | | $ 25.00 |
| 41 | NECKLACE | | GOLD FILLED CLASP | SINGLE STRAND BAROQUE PEARL | 9x11 | $ 100.00 |

| # | Item | Brand | Material | Description | Size | Value |
|---|---|---|---|---|---|---|
| 42 | EARRINGS | | GOLD PLATE | 8MM PEARLS | | $ 100.00 |
| 43 | PIN | | 18K YELLOW GOLD | APPLE AND DIAMOND | | $ 70.00 |
| 44 | BRACELET | | STERLING SILVER | MOTHER OF PEARL ABALONE | 34MM | $ 35.00 |
| 45 | COIN | | SILVER PLATE | MEDALLION | 48MM | NO VALUE |
| 46 | COIN | | SILVER PLATE | MEDAL | 34MM | NO VALUE |
| 47 | NECKLACE | | STERLING SILVER | ROSARY BEADS | | $ 15.00 |
| 48 | BRACELET | TIFFANY & CO | STERLING SILVER | ELSA PERETTI HEART | | $ 50.00 |

| # | Item | Brand | Material | Description | Size | Value |
|---|---|---|---|---|---|---|
| 49 | EARRINGS | TIFFANY & CO | 18K YELLOW GOLD | DIAMOND HOOPS | | $ 250.00 |
| 50 | RING | | 14K YELLOW GOLD | EMERALDS AND DIAMONDS | Size 5.5 | $ 225.00 |
| 51 | EARRINGS | | 14K YELLOW GOLD | EMERALDS AND DIAMONDS | | $ 175.00 |
| 52 | CHAIN | | 18K YELLOW GOLD | | 24" | $ 170.00 |
| 53 | RING | | 14K YELLOW GOLD | PEARL CLUSTER | Size 6 | $ 80.00 |
| 54 | PENDANT | GUCCI | STERLING SILVER | BLUE GLASS CROSS 20" STERLING CHAIN | | $ 75.00 |
| 55 | RING | TIFFANY & CO | STERLING SILVER | ATLAS COLLECTION | Size 6 | $ 85.00 |
| 56 | PIN | | 10K YELLOW GOLD | JADE AND SEED PEARL | | $ 100.00 |
| 57 | RING | | 14K WHITE GOLD | 2mm BLACK AND WHITE PEARLS | Size 6.5 | $ 60.00 |
| 58 | PENDANT | | 14K YELLOW GOLD | CROSS WITH DIAMOND  FINE CHAIN | | $ 80.00 |
| 59 | MISCELLANEOUS | | WIRE | | | NO VALUE |
| 60 | CHAIN | | 14K YELLOW GOLD | SMALL PENDANT | | $ 70.00 |

| # | Item | Brand | Material | Description | Size | Value |
|---|---|---|---|---|---|---|
| 61 | STICK PIN | | BASE METAL | ROSE DESIGN | | NO VALUE |
| 62 | PENDANT | | 14K WHITE GOLD | 16" CHAIN PEARL PENDANT AND BLUE STONE | | $ 50.00 |
| 63 | STICK PIN | | 14K YELLOW GOLD | BLACKAMORE DESIGN | | $ 30.00 |
| 64 | RING | | 14K TRICOLOR GOLD YELLOW WHITE & ROSE | CONTEMPORARY DESIGN | Size 5.5 | $ 250.00 |
| 65 | RING | | STERLING SILVER | BLUE STONE MARQUIS SHAPE | Size 4 | $ 10.00 |
| 66 | MISCELLANEOUS | | 4 PIECES EARRING BACKS | (2) 18K TB.CO, (1) 14K WG, (1) STERLING | | $ 15.00 |
| 67 | EARRING | | 14K WHITE GOLD | HEART SHAPE STONE | | $ 200.00 |
| 68 | RING | | 14K YELLOW GOLD | SQUARE WITH 2 PEARLS | Size 3.5 | $ 140.00 |
| 69 | NECKLACE | | BASE METAL | ROSARY CROSS AND BEADDED CHAIN | | NO VALUE |
| 70 | EARRINGS | | BASE METAL | HEXAGONONAL FILIGREE | | NO VALUE |
| 71 | PENDANT | | BASE METAL | ROUND MEDALLION | | NO VALUE |
| 72 | NECKLACE | BVLGARI | 18K YELLOW GOLD | LINK NECKLACE | | $ 975.00 |
| 73 | RING | | 14K YELLOW GOLD | CHAIN LINK | Size 4 | $ 125.00 |
| 74 | EARRINGS | | 14K YELLOW GOLD | DIAMOND STUDS | | $ 35.00 |
| 75 | EARRINGS | | 14K YELLOW GOLD | BLUE BEAD | | $ 15.00 |

| # | Item | Brand | Material | Description | Size | Value |
|---|---|---|---|---|---|---|
| 76 | RING | | 18K YELLOW GOLD | CORAL CLUSTER WITH DIAMOND CENTER | Size 6.5 | $ 75.00 |
| 77 | EARRINGS | | 18K YELLOW GOLD | CORAL CLUSTER WITH DIAMOND CENTER | | $ 100.00 |
| 78 | PENDANT | | BASE METAL | ROSARY CROSS AND BEAD CHAIN | | NO VALUE |
| 79 | EARRINGS | | 14K YELLOW GOLD | 2 SET PEARLS | | $ 120.00 |
| 80 | PIN | | BASE METAL | 7 STONE DESIGN | | NO VALUE |
| 81 | PENDANT | | BASE METAL | MEDALLION | | NO VALUE |
| 82 | RING | | 14 K YELLOW GOLD | INITIAL L DESIGN | size 3.5 | $ 95.00 |
| 83 | RING | | 14K YELLOW GOLD | DIAMOND HEART | Size 5.5 | $ 245.00 |

| # | Item | Brand | Material | Description | Size | Value |
|---|---|---|---|---|---|---|
| 84 | CLUTCH | | MOTHER OF PEARL | ABALONE BEAN SHAPE | | $ 200.00 |
| 85 | CLUTCH | | ORANGE STONE | BEAN SHAPE | | $ 200.00 |

| # | Item | Brand | Material | Description | | Value |
|---|------|-------|----------|-------------|---|-------|
| 86 | CHAIN | | BASE METAL | CHAIN | | NO VALUE |
| 87 | RING | | 14K YELLOW GOLD | PEARL CENTER | Site 4 | $ 165.00 |
| 88 | COIN | | SILVER | 36MM | | $ 15.00 |
| 89 | EARRINGS | | 14K WHITE GOLD | SAPPHIRE AND DIAMOND DETAIL | | $ 295.00 |
| 90 | COIN | TIFFANY & CO | GOLD TONE | $100 FACE VALUE | | $ 100.00 |
| 91 | PIN | | STERLING SILVER | HEART DESIGN | | $ 5.00 |
| 92 | PENDANT | | 14K ROSE GOLD | CHAIN AND PLAYBOY EARS PENDANT | | $ 165.00 |
| 93 | MISCELLANEOUS | | 14K WHITE GOLD | ROSE DESIGN | | $ 45.00 |
| 94 | MISCELLANEOUS | | BASE METAL | FLAG TIE TACK | | NO VALUE |
| 95 | PIN | | BASE METAL | SHOE DESIGN WITH COLORED STONES | | NO VALUE |

| # | Item | Material | Description | Value |
|---|------|----------|-------------|-------|
| 96 | BRACELET | BASE METAL | 3 STRAND PEARLS | $ 20.00 |
| 97 | COIN | SILVER | MEDALLION | $ 15.00 |
| 98 | MISCELLANEOUS | 14K YELLOW GOLD | (2) SQUARE MOTHER OF PEARL AND DIAMOND SHIRT STUDS | $ 90.00 |
| 99 | MISCELLANEOUS | BASE METAL | LOT OF (4) SHOE PENDANTS | NO VALUE |
| 100 | MISCELLANEOUS | BASE METAL | LOT OF (2) TIE TACKS BLUE & WHITE ENAMEL | NO VALUE |
| 101 | MISCELLANEOUS | BASE METAL | SHIRT STUD | NO VALUE |
| 102 | MISCELLANEOUS | BASE METAL | BUTTON | NO VALUE |
| 103 | MISCELLANEOUS | BASE METAL | CIRCLE WITH CROSS | NO VALUE |
| 104 | PIN | BASE METAL | LOT OF (2) FLAG PINS | NO VALUE |
| 105 | MISCELLANEOUS | BASE METAL | TRIANGULAR PIN | NO VALUE |
| 106 | COINS | BASE METAL | LOT OF (5) CURRENCY COINS | NO VALUE |

| # | Item | Material | Description | Value |
|---|------|----------|-------------|-------|
| 107 | MISCELLANEOUS | SYNTHETIC | LOT OF (50) MULTI COLOR STONES | NO VALUE |

| # | Item | Material | Description | Value |
|---|------|----------|-------------|-------|
| 108 | NECKLACE | BASE METAL | COSTUME CHOKER WITH 2 RAMS HEADS | NO VALUE |
| 109 | BRACELET | BASE METAL | COSTUME WITH 2 RAMS HEADS | NO VALUE |
| 110 | PENDANT | 18K YELLOW GOLD | RELIGIOUS PENDANT AND CHAIN | $ 125.00 |

| # | Item | Material | Description | Value |
|---|------|----------|-------------|-------|
| 111 | NECKLACE | BASE METAL | FAUX PEARLS | NO VALUE |
| 112 | MISCELLANEOUS | ENAMEL PORCELAIN | LOT OF (3) PILL BOXES | $ 150.00 |

| # | Item | Material | Description | Value |
|---|------|----------|-------------|-------|
| 113 | MISCELLANEOUS | STONES | SET OF (5) ROCK GEM SPECIMENS | $ 10.00 |
| 114 | MISCELLANEOUS | STONES | BOX OF (11) RAW MINERAL STONES | $ 10.00 |
| 115 | MISCELLANEOUS | STONES | MIXED LOT OF RAW MINERAL STONES | $ 10.00 |

| # | Item | Brand | Material | Description | Value |
|---|------|-------|----------|-------------|-------|
| 116 | WATCH | SEIKO | BASE METAL | QUARTZ LADIES WATCH | $ 10.00 |
| 117 | WATCH | RAKETA | STAINLESS STEEL | RUSSIAN MADE 39MM | $ 15.00 |
| 118 | WATCH | LOBOR | BASE METAL | OVAL "LOBOR COLLECTION" | $ 10.00 |
| 119 | BRACELET | | BONE | CARVED ANGULAR CUFF | $ 20.00 |
| 120 | PIN | | 10K YELLOW GOLD | TRIANGULAR DESIGNED STICK PIN WITH BOX | $ 20.00 |



| 121 | MISCELLANEOUS | | BASE METAL | PEAR SHAPE ICON | | | NO VALUE |
| 122 | MISCELLANEOUS | | BASE METAL | OVAL SHAPE ICON | | | NO VALUE |
| 123 | MISCELLANEOUS | | PLASTIC | ROUNDED TRIANGLE ICON | | | NO VALUE |
| 124 | EARRINGS | | 14K YELLOW GOLD | PEARL STUDS | | $ | 50.00 |
| 125 | PENDANT | | 14K YELLOW GOLD | PAGODA WITH PEARL | | $ | 65.00 |
| 126 | PENDANT | | 14K YELLOW GOLD | INGOT CHARM | | $ | 120.00 |
| 127 | RING | | 14K YELLOW GOLD | BUTTERFLY DESIGN | | $ | 60.00 |
| 128 | PENDANT | | 14K YELLOW GOLD | PEARL AND DIAMOND PENDANT AND CHAIN | Size 4 | $ | 225.00 |
| 129 | PENDANT | | 14K YELLOW GOLD | PEARL PENDANT ONLY | | $ | 95.00 |
| 130 | PENDANT | | 18K YELLOW GOLD | GOLD BAR DESIGN PENDANT AND CHAIN | | $ | 425.00 |
| 131 | PENDANT | CARTIER | BASE METAL | OPAL PENDANT AND CHAIN | | $ | 15.00 |
| 132 | PENDANT | | 14K YELLOW GOLD | SILVER HEART PENDANT | | $ | 85.00 |
| 133 | PENDANT | | 14K YELLOW GOLD | MABE PEARL PENDANT AND CHAIN | | $ | 135.00 |
| 134 | RING | | SILVER | BLUE AND WHITE STONES | Size 7 | | NO VALUE |



| 135 | RING | TIFFANY & CO. | STERLING SILVER | ATLAS COLLECTION | Size 6.5 | $ | 80.00 |
| 136 | RING | | SILVER | WHITE STONE | Size 4 | | NO VALUE |
| 137 | RING | | 14K WHITE GOLD | SAPPHIRE AND DIAMOND FLOWER DESIGN | Size 4.75 | $ | 90.00 |
| 138 | RING | | 18K YELLOW GOLD | RUBY AND DIAMOND | Size 5.5 | $ | 175.00 |
| 139 | PENDANT | | 18K YELLOW GOLD | SMALL PENDANT | | $ | 50.00 |
| 140 | RING | | 9K YELLOW GOLD | MULTI COLOR STONE DOME SHAPE | Size 6.5 | $ | 45.00 |
| 141 | RING | | BASE METAL | LETTER "E" | Size 5 | | NO VALUE |
| 142 | MISCELLANEOUS | | BASE METAL | LOT OF (2) PEARLS | | $ | 15.00 |
| 143 | RING | | BASE METAL | FAUX STONE | | | NO VALUE |
| 144 | RING | | BASE METAL | GREEN STONE | | | NO VALUE |
| 145 | RING | | 14K YELLOW GOLD | (4) RED STONE | | $ | 50.00 |
| 146 | RING | | 18K WHITE GOLD | INFINITY LOOP DESIGN | | $ | 80.00 |
| 147 | PENDANT | | 14K YELLOW GOLD | MOTHER OF PEARL HEART | | $ | 80.00 |
| 148 | BRACELET | | SILVER | (8) COIN DESIGN | | $ | 10.00 |
| 149 | RING | | 14K YELLOW GOLD | MOTHER OF PEARL HEART | | $ | 100.00 |



| 150 | PENDANT | | 14K YELLOW GOLD | 3 SEGMENT CLOVER SHAPE WITH BAROQUE PEARLS | | $ | 435.00 |
| 151 | EARRINGS | | 14K WHITE GOLD | FLOWER DESIGN | | $ | 65.00 |
| 152 | PENDANT | | BRONZE | LOT OF (2) STONE PENDANTS | | $ | 80.00 |
| 153 | PENDANT | | BASE METAL | TRIANGLE SHAPE | | | NO VALUE |
| 154 | RING | | 14K YELLOW GOLD | RED STONE CABOCHON | Size 5 | $ | 55.00 |
| 155 | RING | TIFFANY & CO. | 18K YELLOW GOLD | ADJUSTABLE SNAKE DESIGN | | $ | 95.00 |
| 156 | EARRINGS | | 14K YELLOW GOLD | AMETHYST STUDS | | $ | 55.00 |
| 157 | EARRINGS | | BASE METAL | TIGER EYE BEAD STUDS | | $ | 25.00 |
| 158 | EARRINGS | | BASE METAL | HEMATITE STONE STUDS | | $ | 20.00 |
| 159 | EARRINGS | | BASE METAL | WHITE BEAD STUDS | | | NO VALUE |
| 160 | MISCELLANEOUS | | BASE METAL | LOT OF (5) CHARMS | | | NO VALUE |
| | | | | | PART 1 | TOTAL $ | 14,550.00 |

**ADDENDUM TO PART 1**

| ITEM # | MODEL | BRAND | MATERIAL | STONES | SIZE | VALUE |
|--------|-------|-------|----------|--------|------|-------|
| 161 | PEN | TIFFANY & CO. | STERLING AND GOLD | IN BOX | | $ 25.00 |
| 162 | PEN | TIFFANY & CO. | STERLING | PALOMA PICASSO | | $ 40.00 |
| 163 | BRACELET | MONT BLANC | STEEL AND RUBBER | IN BOX | | $ 25.00 |
| 164 | CUFF AND NECKLACE | UNBRANDED | FAUX PEARLS | IN BOX | | NO VALUE |
| 165 | WATCH | BULGARI | 18K YELLOW GOLD | SNAKE SINGLE WRAP W/PAPERS | | $ 2,900.00 |
| 166 | RATTLE | UNBRANDED | SILVER PLATE | CIRCLE | | $ 15.00 |
| 167 | PENDANT | UNBRANDED | BASE METAL | WHITE STONE | | NO VALUE |
| 168 | PENDANT | TIFFANY & CO. | STERLING | ELSA PERETTI BEAN 12.60WT | | $ 125.00 |
| 169 | PENDANT | TIFFANY & CO. | STERLING AND 18K GOLD | ELSA PERETTI 2 HEARTS 6.40WT | | $ 95.00 |
| 170 | PENDANT | TIFFANY & CO. | STERLING | KEY AND DISC 7.10WT | | $ 85.00 |
| 171 | EARRINGS | UNBRANDED | 14KWG | WHITE STONE 5.30WT | | NO VALUE |
| | | | | | | |
| 172 | PEN | TIFFANY & CO. | BLUE LACQUER | GOLD PLATE DETAILS | | $ 25.00 |
| 173 | NECKLACE | TIFFANY & CO. | STERLING | PALOMA PICASSO ROSE AGATE BEADS | | $ 35.00 |
| 174 | NECKLACE | TIFFANY & CO. | STERLING | HEART STATIONS 18.40WT | | $ 65.00 |
| | | | | | | |
| 175 | NECKLACE | TIFFANY & CO. | STERLING | ELSA PERETTI BEAN 22.20WT | | $ 125.00 |
| 176 | NECKLACE | TIFFANY & CO. | STERLING | FRAME OEARY 3 STONE PENDANT 17.80WT | | $ 175.00 |
| 177 | NECKLACE | TIFFANY & CO. | STERLING | ELSA PERETTI BEAN 12.20WT | | $ 125.00 |
| 178 | RING | TIFFANY & CO. | STERLING | MESH 3.11DWT | 10 | $ 20.00 |
| 179 | RING | TIFFANY & CO. | STERLING | MESH 2.88DWT | 7 | $ 15.00 |
| 180 | PENDANT | TIFFANY & CO. | STERLING | ATLAS SQUARE 6.40WT | | $ 95.00 |
| 181 | PIN | TIFFANY & CO. | STERLING | PALOMA PICASSO X LARGE 11.30WT | | $ 115.00 |
| 182 | PIN | TIFFANY & CO. | STERLING | INTERLOCKING HEARTS 8.70WT | | $ 65.00 |
| 183 | PENDANT | TIFFANY & CO. | STERLING | CORD NECKLACE W/ SMALL STERLING LOOP 1.70WT | | $ 10.00 |
| | | | | | | |
| 184 | NECKLACE | UNBRANDED | BASE METAL | CORD AND SMALL SCALE PATTERN | | $ 25.00 |
| 185 | NECKLACE | UNBRANDED | 14K YG | 14" 6 STRAND SEED PEARL | | $ 150.00 |
| 186 | NECKLACE | TIFFANY & CO. | 18KYG | ELSA PERETTI SQUARE PENDANT 12.20WT | | $ 600.00 |
| 187 | PEN | TIFFANY & CO. | STERLING | LIGHT BLUE BAND | | $ 25.00 |
| 188 | PENCIL | TIFFANY & CO. | BLUE LACQUER | ATLAS COLLECTION | | $ 25.00 |
| 189 | PEN | BULGARI | 18KYG | FOUNTAIN PEN | | $ 175.00 |
| 190 | PEN | PARKER | GOLD TONE | PEN | | $ 10.00 |
| 191 | MISCELLANEOUS | CHANEL | GOLD TONE | BUTTON | | $ 5.00 |
| 192 | EARRINGS | UNBRANDED | FAUX | SQUARE WHITE STONE | | NO VALUE |
| 193 | BRACELET | CARTIER | STERLING | LINK TOGGLE CLOSURE 15.70WT | | $ 325.00 |
| 194 | NECKLACE | TIFFANY & CO. | STERLING | SQUARE W/D LOCK PENDANT BEADED CHAIN 18.40WT | | $ 95.00 |
| 195 | EARRINGS | TIFFANY & CO. | STERLING | PALOMA PICASSO X MEDIUM 15.70WT | | $ 190.00 |
| 196 | CHAIN | TIFFANY & CO. | STERLING | FINE CHAIN 4.10WT | | $ 25.00 |
| 197 | RING | TIFFANY & CO. | STERLING AND 18K | TWIST RING 1.70WT | | $ 10.00 |
| 198 | WATCH | GIRARD PERREGAUX | 2 TONE | 18MM GYROMATIC CARTIER 18K DEPLOYMENT BUCKLE | | $ 40.00 |
| 199 | BRACELET | GUCCI | STERLING | BLUE LACQUER STRIPE 27.370WT | | $ 275.00 |
| 200 | CLOCK | HERMES | BRASS | ANCHOR MOTIF | | $ 150.00 |
| | | | | | | |
| 201 | NECKLACE | CARTIER | STERLING | ANCHOR AND LINK 88.350WT | | $ 650.00 |
| 202 | EARRINGS | TIFFANY & CO. | STERLING | PALOMA PICASSO WEAVE 4.80WWT | | $ 65.00 |
| 203 | CLOCK | TIFFANY & CO. | STEEL | HIDDEN SLIDE TOP | | $ 25.00 |
| 204 | MISCELLANEOUS | UNBRANDED | BASE METAL | PLATED SUITCASE PILL BOX | | NO VALUE |
| 205 | RING | TIFFANY & CO. | STERLING | JADE BALL DETAIL 1.92 | | $ 25.00 |
| 206 | NECKLACE | CARTIER/VCA | 18KYG | CARTIER NUGGET VCA CHAIN 48.86dwt | | $ 3,000.00 |
| 207 | KEYCHAIN | TIFFANY & CO. | STERLING | HEART 8.10DWT | | $ 50.00 |
| 208 | PENDANT | TIFFANY & CO. | STERLING | DOG TAG PENDANT 19.00WT | | $ 120.00 |
| 209 | WATCH | CARTIER | 2 TONE | MUST DE CARTIER PLAQUE CUT CORNER QUARTZ | | $ 950.00 |
| 210 | EARRINGS | UNBRANDED | 18K MOUNT | JADE BEAN | | $ 75.00 |
| 211 | NECKLACE | UNBRANDED | 14KYG F/ITEM/ | 8 STRAND GREY SEED PEARL NECKLACE 32" LENGTH | | $ 800.00 |
| 212 | WATCH | TIFFANY & CO. | STEEL | MARK WATCH DATE AT 6 QUARTZ | | $ 250.00 |
| 213 | WATCH | SEIKO | BASE METAL | QUARTZ W/DEPLOYMENT | | $ 35.00 |



| 214 | NECKLACE | UNBRANDED | BASE METAL | GREEN AND WHITE BEADS WITH STATIONS | | $ 20.00 |
|---|---|---|---|---|---|---|
| 215 | BRACELET | TIFFANY & CO. | STERLING | SOUTHWESTERN MOTIF 11.570WT | | $ 125.00 |
| 216 | BANGLE | UNBRANDED | BASE METAL | LACQUER FLOWER PATTERN | | NO VALUE |
| 217 | MISCELLANEOUS | UNBRANDED | BASE METAL | ENAMEL HAIRCLIP | | NO VALUE |
| 218 | RING | UNBRANDED | 14KYG | MABE PEARL 5.480WT | 5.5 | $ 95.00 |
| 219 | RING | UNBRANDED | 14KYG | MABE PEARL, WHITE STONE SURROUND 8.790WT | 4.75 | $ 150.00 |
| 220 | EARRINGS | UNBRANDED | 14KYG | MABE PEARL 7.07 | | $ 130.00 |
| 221 | RING | UNBRANDED | 14KYG | JADEITE STONE 2.44 | 6.5 | $ 80.00 |
| 222 | RING | TIFFANY & CO. | STERLING | FRANK GEARY GEOMETRIC 3.270WT | 3.5 | $ 35.00 |
| 223 | RING | TIFFANY & CO. | STERLING | FRANK GEARY GEOMETRIC 3.020WT | 5 | $ 90.00 |
| 224 | PENDANT | TIFFANY & CO. | STERLING | FRANK GEARY GEOMETRIC ON CHAIN 6.490WT | | $ 55.00 |
| 225 | PENDANT | TIFFANY & CO. | STERLING | ROUND DISC 2.820WT | | $ 30.00 |
| 226 | CHARM | UNBRANDED | 14KYG | SMALL PEARL .640WT | | $ 70.00 |
| 227 | PENDANT | TIFFANY & CO. | 18KWY | CIRCLE WITH PEARLS AND PAVE DIAMONDS 3.210WT CORD | | $ 130.00 |
| 228 | MISCELLANEOUS | UNBRANDED | BASE METAL | PAIR BLACK DISC CUFFLINKS | | NO VALUE |
| 229 | MISCELLANEOUS | UNBRANDED | BASE METAL | PAIR WHITE OVAL CUFFLINKS | | NO VALUE |
| 230 | MISCELLANEOUS | UNBRANDED | BASE METAL | CHAIN | | NO VALUE |
| 231 | CHARM | UNBRANDED | 14YG | SQUARE WITH "L" IN PAVE DIAMONDS 2.110WT | | $ 80.00 |
| 232 | CHARM | UNBRANDED | 14YG | CRUCIFORM ON SQUARE 1.140WT | | $ 60.00 |
| 233 | CHARM | UNBRANDED | 14YG | OVAL ICON 1.990WT | | $ 50.00 |
| 234 | BRACELET | UNBRANDED | 18YG | BABY BRACELET 2.570WT | | $ 100.00 |
| 235 | BRACELET | UNBRANDED | 18YG | BABY BRACELET 2.570WT | | $ 100.00 |



| 236 | BRACELET | UNBRANDED | 18KYG | 22 SMALL COLORED STONES 8.8dwt | | $ 225.00 |
|---|---|---|---|---|---|---|
| 237 | PENDANT | UNBRANDED | 14KYG | MALACHITE CROSS AND THIN CHAIN 8.04 | | $ 60.00 |
| 238 | NECKLACE | UNBRANDED | FAUX | 3 BLUE BEAD | | |
| 239 | EARRINGS | UNBRANDED | FAUX | 2 PEARL DROP SINGLE EARRING | | NO VALUE |
| 240 | EARRINGS | UNBRANDED | 14KYG | 9MM PEARL CENTER 6.490WT | | $ 180.00 |
| 241 | RING | UNBRANDED | 14KWG | 7.5MM PEARL | 2.5 | $ 50.00 |
| 242 | RING | UNBRANDED | 14KYG | JADE LEAF 1.920WT | 7 | $ 50.00 |
| 243 | BRACELET | UNBRANDED | 18KYG | INFANT'S SIZE 7.130WT | | $ 275.00 |
| 244 | RING | TIFFANY & CO. | STERLING 18KYG | GOLD SQUARE STERLING SURROUND 1.990WT | 4.5 | $ 35.00 |
| 245 | PIN | UNBRANDED | BONE | NEFERTITI HEAD | | NO VALUE |
| 246 | PENDANT | UNBRANDED | BONE | HEART | | NO VALUE |
| 247 | PENDANT | UNBRANDED | GOLD FILLED | GREEN STONE PENDANT ON CHAIN | | NO VALUE |
| 248 | NECKLACE | UNBRANDED | 14KYG | FITTING IN YELLOW GOLD 3 STAND DED PEARL W/COLOR SEPERATORS 22"L | | $ 150.00 |
| 249 | WATCH | UNBRANDED | STEEL | SILVER COIN SWISS MADE | | $ 25.00 |
| 250 | WATCH | UNBRANDED | STEEL | GOLD COIN SWISS MADE | | $ 25.00 |
| 251 | WATCH | RADO | STEEL 2 TONE | RECTANGLE WITH CIRCLE DIAMOND REFERENCE 932.7851.2 | | $ 35.00 |
| 252 | WATCH | SEIKO | 2 TONE | LADIES ROUND BURGUNDY DIAL | | $ 10.00 |



| 253 | RING | UNBRANDED | FAUX | LINK | 7 | NO VALUE |
|---|---|---|---|---|---|---|
| 254 | BRACELET | UNBRANDED | FAUX | SNAKE HEAD | | NO VALUE |
| 255 | RING | UNBRANDED | STERLING | HEART 2.830WT | | $ 5.00 |
| 256 | RING | UNBRANDED | STERLING | HEART 1.540WT | | $ 5.00 |
| 257 | CHARM | UNBRANDED | BASE METAL | OVAL ICON | | NO VALUE |
| 258 | MISCELLANEOUS | USBRANDED | BASE METAL | AQUA ROSARY BEADS | | NO VALUE |
| 259 | BRACELET | UNBRANDED | 14KYG | BABY BRACELET 1.020WT | | $ 50.00 |
| 260 | CHAIN | UNBRANDED | 10KYG | THIN CHAIN 1.240WT | | $ 35.00 |
| 261 | RING | UNBRANDED | BASE METAL | STUD DETAIL | 6.5 | NO VALUE |
| 262 | BRACELET | UNBRANDED | 14KYG | BABY BRACELET HEART 1.990WT | | $ 80.00 |
| 263 | BRACELET | UNBRANDED | BASE METAL | SILVER TONE WITH GREEN ICON | | NO VALUE |



| 264 | BRACELET | TIFFANY & CO. | STERLING | HEARTS ON CHAIN 3.02 | | | $ | 5.00 |
| 265 | RING | TIFFANY & CO | STERLING | ELSA PERETTI BAND 2.15DWT | 2.5 | | $ | 30.00 |
| 266 | RING | TIFFANY & CO. | STERLING | MESH 1.02DWT | 0 | | $ | 15.00 |
| 267 | PENDANT | TIFFANY & CO. | STERLING | 2002 USTA TENNIS BALL ON CHAIN 4.56DWT | | | $ | 25.00 |
| 268 | WATCH | TIFFANY & CO. | STEEL | RECTANGLE ARABIC NUMERALS | | | $ | 50.00 |
| 269 | WATCH | TIFFANY & CO. | STEEL | ATLAS SQUARE | | | $ | 75.00 |
| 270 | | | | | PART 2 | TOTAL | $ | 33,595.00 |
| 271 | | | | | | | | |
| 272 | | | | | GRAND TOTAL | | $ | 27,915.00 |