# EXHIBIT E

# List of Marcos Artwork

| # | Entry |
|---|---|
| 1. | AIZPIRI, Paul<br>*Vase of Flowers*<br>Oil on canvas<br>16 x 13 in. (40.6 x 33 cm.) |
| 2. | AVED, Jacques-André-Joseph<br>*Portrait of a Lady*<br>Pastel on blue paper, laid down on canvas<br>33 3/8 x 27 1/8 in. (84.6 x 68.7 cm.) |
| 3. | BACON, Francis<br>*Study of Self-Portrait (1963)*<br>Oil on canvas<br>65 x 57 in. (165 x 145 cm.) |
| 4. | BACON, Francis<br>*Self-Portrait (1972)*<br>Oil on canvas<br>78 x 58 in. (198 x 147.5 cm.) |
| 5. | BACON, Francis<br>*Masturbation* |
| 6. | BAER, Martin<br>*Jar with Apples, Ibiza*<br>Oil on canvas<br>10 5/8 x 16 1/8 in. |
| 7. | BAR, Bonaventure de [School of]<br>*Young Girl with a Puppy* |
| 8. | BAR, Bonaventure de [School of]<br>*Fête champêtre*<br>Oil on canvas<br>27 x 35 in. (43 x 89 cm.) |
| 9. | BONNARD, Pierre<br>*La Baignade au Grand Lemps*<br>14 ½ x 17 in. |
| 10. | BOSSCHAERT, J. P.<br>*A Floral Still Life* |
| 11. | BOUCHER, François<br>*L'Aube* |
| 12. | Omitted |
| 13. | BOUDIN, Eugene [Style of]<br>*Honfleur*<br>Oil on panel<br>8 ½ x 4 5/8 in. (12.5 x 37.2 cm.) |
| 14. | BOULTBEE, John<br>*Two Horses with Groom* |
| 15. | BRAQUE, Georges<br>*Cabinets et Bateaux* |
| 16. | Omitted |
| 17. | BRAQUE, Georges<br>*Le Gueridon Rose* |
| 18. | BRUEGHEL, Jan the younger<br>*Allegory of Venus at the Forge of Vulcan*<br>Oil on panel<br>16 ½ x 28 3/8 in. |
| 19. | BRUEGHEL, Jan the younger<br>*Allegory of Fire*<br>Oil on panel<br>16 ½ x 28 3/8 in. (42 x 72 cm.) |
| 20. | BUENARROTI, Michelangelo [MICHAELANGELO]<br>*Madonna and Child* |
| 21. | BUFFET, Bernard<br>*Vase of Red Chrysanthemums*<br>Oil on canvas<br>33 x 45 in. (84 x 114.2 cm.) |
| 22. | BUHOT, Felix – Hilaire<br>*Westminster Abbey*<br>Watercolor on buff woven paper<br>11 x 14 ¾ in. |
| 23. | CARMICHAEL, James Wilson<br>*Shipping Off Mediterranean Coast* |
| 24. | CEZANNE, Paul<br>*Landscape, Aix-en-Provence*<br>Oil on canvas<br>18 1/8 x 21 5/8 in. |
| 25. | CHAGALL, Marc [Moishe Shagal]<br>*Lovers and Vase of Flowers* |
| 26. | COFFERMANS, Marcellius<br>*Glorification of the Virgin*<br>Triptych<br>48 x 48 in. including frame |
| 27. | COSSIERS, Jan<br>*Jesus Crucified*<br>Oil painting framed with glass |
| 28. | COTELLE, Jean the younger [Circle of]<br>*Design for a Fan: Nymphs and Putti Before a Grotto*<br>Black chalk, pen & brown ink, brown wash on tan laid paper, irregularly shaped Inscribed in brown ink: *fragnor fecit*<br>4 ½ x 10 ½ in. |

# List of Marcos Artwork

| # | Artwork |
|---|---|
| 29. | DEANE, Charles<br>*A View of the River Thames at Twickenham Ferry* |
| 30. | DEGAS, Edgar<br>*Danseuse S'habillant*<br>Pastel<br>25 ½ x 18 ½ in. |
| 31. | DEGAS, Edgar<br>*Le Petit Dejeuner a la Sortie de Bain*<br>Pastel<br>121 x 92 cm. |
| 32. | EDWARDS, Lionel<br>*A Painting of a Polo Match* |
| 33. | ENGLISH SCHOOL., 16th Century<br>*Portrait of a Boy in Scarlet and White*<br>Oil on panel<br>67 x 52 cm. |
| 34. | FANTIN-LATOUR, Henri<br>*Roses Tremieres (Hollyhocks 1898)*<br>Oil on canvas<br>28 ½ x 23 ⅛ in. |
| 35. | FERNELEY, John Jr.<br>*Inspection of the Lancashire Hussars by Commanding Officer, the Lord Gerard*<br>Oil on canvas<br>35 ½ x 71 ½ in. |
| 36. | FOUJITA, Tsuguharu<br>*Fidele Ami*<br>Oil on canvas<br>16 1/8 x 13 in. (41 x 33 cm.) |
| 37. | FOUJITA, Tsuguharu<br>*Enfant d'Artiste*<br>Oil on canvas<br>16 1/8 x 13 in. (41 x 33 cm.) |
| 38. | GAUGUIN, Paul<br>*Fruits*<br>41 x 36 in. |
| 39. | GAUGUIN, Paul<br>*Still Life with Idol*<br>Oil<br>18 ¼ x 15 in. |
| 40. | GOBILLARD, Paule<br>*Jeune Femme au Piano*<br>Oil on canvas. Signed lower right.<br>21 ½ x 18 in. |
| 41. | GOBILLARD, Paule<br>*Jeune Femme en Rouge*<br>Oil on canvas. Signed lower right.<br>22 x 18 in. |
| 42. | GOBILLARD, Paule<br>*Paysage du Midi*<br>Oil on canvas. Signed lower right.<br>15 x 18 in. |
| 43. | GOBILLARD, Paule<br>*Panier de Poires*<br>Oil on board. Signed lower left.<br>15 x 18 ½ in. |
| 44. | GOBILLARD, Paule<br>*Cope de Fleurs*<br>Oil on canvas. Signed lower right.<br>15 x 18 ¾ in. |
| 45. | GOBILLARD, Paule<br>*Jeune Femme à la Robe Rouge*<br>Oil on canvas. Signed lower right.<br>21 ½ x 18 ½ in. |
| 46. | GOBILLARD, Paule<br>*Jeune Femme au Chapeau*<br>Oil on canvas. Signed lower right.<br>21 ¾ x 18 in. |
| 47. | GOBILLARD, Paule<br>*Lecture au Jardin*<br>Oil on canvas. Signed lower right.<br>16 x 21 ¼ in. |
| 48. | GOBILLARD, Paule<br>*Vase de Fleurs*<br>Oil on canvas.<br>25 ½ x 21 ½ in. |
| 49. | GOBILLARD, Paule<br>*Vase de Fleurs*<br>Oil on canvas. Signed lower right.<br>22 x 18 in. |
| 50. | GOBILLARD, Paule<br>*Vase de Fleurs*<br>Oil on canvas. Signed lower right.<br>16 ¼ x 13 ¼ in. |
| 51. | GOBILLARD, Paule<br>*Vase de Fleurs*<br>Oil on canvas. Signed lower right.<br>14 ¼ x 12 ½ in. |
| 52. | GOBILLARD, Paule<br>*Vase de Fleurs*<br>Oil on canvas. Signed lower right.<br>15 x 13 in. |

## List of Marcos Artwork

| | | | | |
|---|---|---|---|---|
| 53. | GOBILLARD, Paule<br>*Vase de Fleurs*<br>Oil on board. Initialled lower right.<br>11 ½ x 14 in. | | 65. | GOBILLARD, Paule<br>*La Couture*<br>Oil on canvas. Signed lower left.<br>18 x 15 in. |
| 54. | GOBILLARD, Paule<br>*Vase de Fleurs*<br>Oil on canvas. Signed lower right.<br>25 ½ x 21 ½ in. | | 66. | GOBILLARD, Paule<br>*Bord de Mer*<br>Oil on board. Initialled lower right.<br>9 ¾ x 13 ¼ in. |
| 55. | GOBILLARD, Paule<br>*Paysage*<br>Oil on canvas. Signed lower right.<br>18 x 15 in. | | 67. | GOBILLARD, Paule<br>*Vue d'Assise*<br>Oil on canvas. Signed lower right.<br>15 x 18 in. |
| 56. | GOBILLARD, Paule<br>*Paysage*<br>Oil on canvas. Initialled lower right.<br>10 ¾ x 14 in. | | 68. | GOBILLARD, Paule<br>*Le Mesnil*<br>Oil on canvas. Signed lower right.<br>18 x 15 in. |
| 57. | GOBILLARD, Paule<br>*La Visite*<br>Oil on canvas. Signed lower right.<br>19 ½ x 24 in. | | 69. | GOBILLARD, Paule<br>*Rose trémière au Mesnil*<br>Oil on canvas. Signed lower right.<br>15 x 18 in. |
| 58. | GOBILLARD, Paule<br>*Nu Endormi*<br>Oil on canvas. Signed lower right.<br>21 ½ x 25 ½ in. | | 70. | GOBILLARD, Paule<br>*Paysage du Midi*<br>Oil on canvas. Signed lower right.<br>15 x 18 ¼ in. |
| 59. | GOBILLARD, Paule<br>*Nature Morte*<br>Oil on canvas. Initialled or signed lower right.<br>6 x 8 in. | | 71. | GOBILLARD, Paule<br>*Portrait de Femme à L'Eventail*<br>Oil on canvas. Initialled lower right.<br>18 x 13 in. |
| 60. | GOBILLARD, Paule<br>*Portrait de Petit Fille*<br>Oil on canvas. Signed lower right.<br>25 ½ x 21 in. | | 72. | GOBILLARD, Paule<br>*Femme à la Rose*<br>Oil on canvas. Initialled lower left.<br>16 ¼ x 13 ¼ in. |
| 61. | GOBILLARD, Paule<br>*Jeune Femme S'habillant*<br>Oil on canvas. Signed lower right.<br>26 x 21 ½ in. | | 73. | GOBILLARD, Paule<br>*Mme. Valery à Dinard*<br>Oil on canvas. Initialled lower right.<br>16 ¼ x 13 in. |
| 62. | GOBILLARD, Paule<br>*Jeune Femme au Chignon*<br>Oil on canvas. Signed lower left.<br>29 x 23 ¼ in. | | 74. | GOBILLARD, Paule<br>*Bord de Mer*<br>Oil on canvas. Signed lower right.<br>13 x 16 ½ in. |
| 63. | GOBILLARD, Paule<br>*Jeune Femme à la Robe Rose*<br>Oil on canvas. Signed lower right.<br>32 x 25 ½ in. | | 75. | GOBILLARD, Paule<br>*Clairs Matins Aux Bruyères*<br>Oil on board. Initialled lower right.<br>16 ½ x 10 ½ in. |
| 64. | GOBILLARD, Paule<br>*La Conversation*<br>Oil on canvas. Signed lower right.<br>25 ½ x 32 in. | | 76. | GOBILLARD, Paule<br>*La Tonnelle*<br>Oil on board. Initialled lower right.<br>11 x 14 in. |

## List of Marcos Artwork

| # | Entry |
|---|---|
| 77. | **GOBILLARD, Paule** *Les Trois Pommes* Oil on canvas. Initialled lower right. 9 ½ x 13 |
| 78. | **GOBILLARD, Paule** *Au Salon* Oil on canvas. Signed lower left. 36 x 28 ½ |
| 79. | **GOBILLARD, Paule** *Nature Morte* Oil on canvas. Signed lower left. 18 x 21 ¾ |
| 80. | **GOBILLARD, Paule** *La Tasse de Thé* Oil on canvas. Signed lower right. 28 ½ x 23 ½ in. |
| 81. | **GOBILLARD, Paule** *Le Dernier Essayage* Oil on canvas. Signed lower right. 39 x 38 in. |
| 82. | **GOBILLARD, Paule** *Jeune Femme Tricotant près d'une Fenêtre* Oil on canvas. Signed lower right. 18 x 21 ½ in. |
| 83. | **GOBILLARD, Paule** *Nu se Coiffant* Oil on canvas. Signed lower right. 24 x 19 ½ in. |
| 84. | **GOBILLARD, Paule** *Le Jardin Fleur* Oil on canvas. Signed lower right. 15 x 18 ½ in. |
| 85. | **GOBILLARD, Paule** *Le Hameau* Oil on canvas. Initialled lower right. 13 ½ x 18 in. |
| 86. | **GOBILLARD, Paule** *Au Bord de la Mer* Oil on canvas. 13 x 16 ¼ in. |
| 87. | **GOBILLARD, Paule** *Panier de Fruits* Oil on canvas. 19 ½ x 25 ½ in. |
| 88. | **GOBILLARD, Paule** *Jeune Femme Tricotant près de la Fenêtre* Oil on canvas. 21 ½ x 18 in. |
| 89. | **GOBILLARD, Paule** *Femme au Chapeau* Oil on canvas. Signed lower right. 24 x 19 ½ in. |
| 90. | **GOBILLARD, Paule** *Paysage de Cagnes* Oil on canvas. Initialled lower left. 13 x 9 ½ in. |
| 91. | **GOBILLARD, Paule** *Fleurs et Fruits* |
| 92. | **GOYA, Francisco de** *Portrait of the Marqueza de Sta. Cruz* Oil on canvas 49 ¾ x 81 ¾ in. |
| 93. | **GREUZE, Jean Baptiste [Circle of]** *The Apple Seller* Graphite, brush and brown & gray wash w/ white heightening on cream laid paper, laid down. 13 3/8 x 9 1/8 in. |
| 94. | **HARDY, Heywood** |
| 95. | *A Pair of Hunting Scenes* |
| 96. | **HEPWORTH, Barbara** *Four Forms* |
| 97. | **HONE, R.A. Nathaniel [Attributed to]** *Portrait of a Lady* Oil on canvas 29 x 24 in. (73.5 x 61 cm.) |
| 98. | **HUET, Jean Baptiste Marie** |
| 99. | *Pastorale with Shepherdesses* (A pair of drawings) Watercolor over graphite on cream paper, laid down 7 x 11 ½ in. |
| 100. | **ITALIAN SCHOOL (19th Century)** *A Monk in Prayer* Oil on canvas 10 x 7 ½ in. (25.5 x 19 cm.) |
| 101. | **KOCH, John** *Interior with Children Playing* Oil on canvas 72 x 45 in. |

# List of Marcos Artwork

| # | Artwork |
|---|---|
| 102. | KOEHLER, Henry<br>*Brandywine Action*<br>Oil on water scene<br>33 ¼ x 26 in. |
| 103. | KOKOSCHKA, Oscar<br>*Still Life with Pumpkin* |
| 104. | LATOUR, Maurice Quentin<br>*Une Femme Pensante Un Livre à la Main* |
| 105. | LE PRINCE, Jean Baptiste<br>*La Caravanne*<br>Black chalk, pen and brown ink, brown wash on cream laid paper, laid down |
| 106. | LE PRINCE, Jean Baptiste<br>*Boy Fishing*<br>Black chalk on cream laid paper<br>8 5/8 x 12 ¾ in. |
| 107. | LIPPI, Fra Filippo (Filippino) (?)<br>*Madonna and Child*<br>Oil on panel<br>20 x 13 in. |
| 108. | LUKER, William<br>*The Morning of the Chase*<br>36 x 47 ¾ in. |
| 109. | MAGRITTE, Rene<br>*La Lumière des coïncidences*<br>Panel<br>10 x 12 ½ in. |
| 110. | MANET, Edouard<br>*Méry Laurent a la Voilette 1878*<br>Pastel on linen<br>22 x 14 in. |
| 111. | Omitted |
| 112. | MATISSE, Henri<br>*Cup of Tea* |
| 113. | MIJTENS, Daniel<br>*Portrait of Diane Beauclerk (as Diana the Huntress)*<br>Oil on canvas<br>43 x 35 in. (109 x 89 cm.) |
| 114. | MIRO, Joan<br>*L'Aube*<br>17 ½ x 10 in. |
| 115. | MODIGLIANI, Amedeo<br>*Jeanne Hébuterne(1918)*<br>Oil on canvas<br>51 x 32 ¼ in. |
| 116. | MONDRIAN, Piet<br>*Eucalyptus*<br>Oil on canvas<br>20 1/8 x 16 1/8 in. |
| 117. | MONET, Claude<br>*Rain (La Pluie) 1886*<br>Oil on canvas with intricate frame<br>24 x 29 in. |
| 118. | Omitted |
| 119. | Omitted |
| 120. | MOOR, Carel de<br>*Portrait of a Man*<br>Oil on panel<br>7 x 6 ¼ in. (18 x 16 cm) |
| 121. | MOORE, Henry<br>*Working Model for Hill Arches* |
| 122. | MORISOT, Berthe<br>*Jeune Fille dans une Serre* |
| 123. | NANI, Giacomo |
| 124. | *Still Lifes of Flowers*<br>(2 companion pieces)<br>Both oil on canvas<br>10 ¼ x 14 ½ in. each |
| 125. | NETSCHER, Caspar<br>*Young Woman with a Parrot*<br>Oil on panel<br>13 ¼ x 10 ½ in. |
| 126. | OUDRY, Jean Baptiste<br>*A Hasty Departure*<br>Black & white chalk on blue laid paper<br>12 7/8 x 10 7/8 in. |
| 127. | PICASSO, Pablo<br>*Fruit Dish, Bottle and Guitar*<br>Oil on canvas<br>36 ¼ x 28 ¾ in. (92 x 73 cm.) |
| 128. | PICASSO, Pablo<br>*Reclining Woman VI/Femme Couchee VI*<br>21 1/2 x 28 3/4 in. |

## List of Marcos Artwork

| # | Entry |
|---|---|
| 129. | PISARRO, Camille<br>*Jardin de Kew près de la Serre 1892*<br>Oil on canvas<br>21 1/4 x 25 1/2 in. |
| 130. | ROBBIA, Andrea della<br>*Madonna and Child*<br>Oil on panel<br>40 1/2 x 28 in. (67 x 52 cm.) |
| 131. | ROBIE, Jean-Baptiste<br>*Floral Still Life* |
| 132. | ROBERTSON, Anna Mary [Grandma Moses]<br>*Evening* |
| 133. | ROBERTSON, Anna Mary [Grandma Moses]<br>*Winter 1941* |
| 134. | ROBERTSON, Anna Mary [Grandma Moses]<br>*Picnic 1959*<br>Oil on masonite<br>16 x 24 in. |
| 135. | ROUSSEL, Pierre<br>*Vase of Nasturtiums*<br>Oil on canvas<br>14 7/8 x 18 1/8 in. (37 x 46 cm.) |
| 136. | RUYSCH, Rachel [*Circle of*]<br>*Still Life of Flowers*<br>Oil on canvas<br>24 x 19 in. |
| 137. | SABOURAUD, Emile<br>*Still Life of Flowers*<br>Oil on canvas |
| 138. | SCHALL, Jean Fredrick<br>*A Young Woman in Her Dressing Room* |
| 139. | SEGOVIA, Andres<br>*Still Life of Flowers on a Chair*<br>Oil on canvas<br>28 1/2 x 36 1/4 in. |
| 140. | SHAW, William<br>*Two Gentlemen with Arab Pony* |
| 141. | SIGNAC, Paul<br>*La Rochelle*<br>Watercolor & charcoal on paper<br>8 x 11 1/4 in. |
| 142. | **Omitted** |
| | 25 3/4 x 31 7/8 in. |
| 143. | UTRILLO, Maurice<br>*La Maison Blanche c. 1914*<br>Oil on canvas<br>28 5/8 x 23 1/2 in. |
| 144. | UTRILLO, Maurice<br>*Sacré Couer Montmartre et Marquis*<br>Gauche on paper<br>6 1/3 x 7 3/4 in. |
| 145. | VAN BYLERT, Jan Harmensz<br>*The Musicians* |
| 146. | VAN DYCK, Sir Anthony<br>*An Apostle (St. Simon? St. Peter? St. Paul?)*<br>On canvas<br>43 x 35 in. (w/ frame?) |
| 147. | VAN EYCK, Jan<br>*Musician*<br>Oil on canvas<br>39 x 33 in. (99 x 34 cm.) |
| 148. | VAN GOGH, Vincent Willem<br>*Peasant Woman Winding Bobbins*<br>Watercolor<br>15 x 16 1/4 in. |
| 149. | VAN RIJN, Rembrandt Harmenszoon [*Rembrandt*]<br>*Portrait of a Man* |
| 150. | VUILLARD, Edouard<br>*Park in the Spring* |
| 151. | WYETH, Andrew<br>*Moon Madness (1982)*<br>Tempera<br>10 x 20 in. |
| 152. | ZUCCARELLI, Francesco |
| 153. | *Figures in a Landscape*<br>(A pair of paintings)<br>Oil on canvas<br>7 1/3 x 7 3/4 in. each |
| 154. | Artist Unknown<br>*Portrait of a Lady Holding a Pencil* |
| 155. | **Omitted** |
| 156. | **Omitted** |