# EXHIBIT F

## Four Paintings

Claude Monet, "Le Bassin aux Nymphease" (also known as "Japanese Footbridge Over the Water-Lily Pond at Giverny")

Claude Monet, "L'Eglise et La Seine a Vetheuil"

Alfred Sisley, "Langland Bay"

Albert Marquet, "Le Cypres de Djenan Sidi Said" (also known as "Algerian View")