UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISTRICT ATTORNEY OF NEW YORK COUNTY,<br><br>                              Plaintiff,<br><br>                         -v.-<br><br>THE REPUBLIC OF THE PHILIPPINES, JOSE DURAN, ON HIS BEHALF AND AS REPRESENTATIVE OF A CLASS OF JUDGMENT CREDITORS OF THE ESTATE OF FERDINAND E. MARCOS, IMELDA MARCOS, AND FERDINAND R. MARCOS, VILMA BAUTISTA, ESTER NAVALAKSANA, LEONOR HERNANDEZ, AIDA HERNANDEZ, IMELDA MARCOS, JORGE Y. RAMOS, THE METROPOLITAN MUSEUM OF MANILA FOUNDATION, INC., GOLDEN BUDHA CORPORATION, AND THE ESTATE OF ROGER ROXAS,<br><br>                              Defendants. | 14 Civ. 890 (KPF)<br><br>**ORDER** |
| THE REPUBLIC OF THE PHILIPPINES and JOSE DURAN, ON HIS BEHALF AND AS REPRESENTATIVE OF A CLASS OF JUDGMENT CREDITORS OF IMELDA MARCOS, FERDINAND R. MARCOS AND THE ESTATE OF FERDINAND E. MARCOS,<br><br>                              Plaintiffs,<br><br>                         -v. -<br><br>GAVINO ABAYA, JUAN ABAYA, SUSAN ABAYA, DIANE DUNNE AND BARBARA STONE,<br><br>                              Defendants. | 14 Civ. 3829 (KPF) |

KATHERINE POLK FAILLA, District Judge:

**WHEREAS**, by Stipulation and Order filed January 17, 2019 (ECF #489

and ECF #87, respectively) the captioned matters were settled in accordance with the terms set forth therein; and

**WHEREAS,** the settlement set forth in the Stipulation and Order was conditioned upon the class represented by *Jose Duran, On His Behalf And As Representative Of A Class Of Judgment Creditors Of The Estate Of Ferdinand E. Marcos, Imelda Marcos, and Ferdinand R. Marcos* (the "Duran Class") obtaining FRCP 23(e) approval of the United States District Court for the District of Hawaii ("Final Approval"); and

**WHEREAS**, by Order dated March 28, 2019, issued in *Hilao, et al.* v. *Estate of Ferdinand E. Marcos* and *DeVera, et al.* v. *Estate of Ferdinand E. Marcos* [USDC Hawaii Civil Action No. 1:03 Civ. 11111 (MLR), ECF #10735], the United States District Court for the District of Hawaii, granted Final Approval of the settlement set forth in the Stipulation and Order; and

**WHEREAS,** the Clerk of the Court of the United States District Court for the Southern District of New York ("Clerk SDNY") has custody of Interpleaded Property at issue in Civil Action No. 14 Civ. 890 (KPF), including a cash fund held in the Court Registry (the "Fund"), aggregating no less than Eighteen Million, Nine Hundred Nine Thousand, Five Hundred Fifty-Six Dollars and Nineteen Cents ($18,909,556.19); and

**WHEREAS,** the Stipulation and Order provides, *inter alia*, that upon Final Approval the Clerk SDNY shall distribute cash from the Fund to the Duran Class by sending Thirteen Million, Seven Hundred Fifty Thousand Dollars ($13,750,000) to the Class Settlement Fund maintained by the Clerk of

the United States District Court for the District of Hawaii in Civil Action No. 03-11111; and

**WHEREAS,** the Clerk SDNY has agreed to waive its entitlement to deduct a fee not exceeding the fee authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office by reason of the fact that for a period of over three years the Fund was mistakenly held in a non-interest bearing account.

**NOW THEREFORE,** it is hereby **ORDERED** as follows:

The Clerk of the Court of the United States District Court for the Southern District of New York is hereby authorized and directed to remit the sum of Thirteen Million, Seven Hundred Fifty Thousand Dollars ($13,750,000) from the Court Registry by check made payable to "*Clerk, US District Court for the District of Hawaii*" for deposit in the Class Settlement Fund maintained by the Clerk of the United States District Court for the District of Hawaii in *Hilao, et al.* v. *Estate of Ferdinand E. Marcos* and *DeVera, et al.* v. *Estate of Ferdinand E. Marcos,* Civil Action No. 03-11111; and it is further

**ORDERED** that the aforesaid check, along with a copy of this Order, be sent by overnight courier such as Federal Express or UPS to:

Sue Beitia
Clerk of the Court
United States District Court
District of Hawaii
300 Ala Moana Blvd C-338
Honolulu, HI 96850
Phone Number (808) 541-1178;

and it is further

**ORDERED** that Clerk SDNY is authorized and directed to deduct expenses attributable to the overnight courier service from amounts remaining in the Fund.

SO ORDERED.

Dated:     April 9, 2019
         New York, New York

_____
Hon. Katherine Polk Failla
United States District Judge