UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISTRICT ATTORNEY OF NEW YORK COUNTY,<br><br>        Plaintiff,<br><br>-against-<br><br>THE REPUBLIC OF THE PHILIPPINES, JOSE DURAN, ON HIS BEHALF AND AS REPRESENTATIVE OF A CLASS OF JUDGMENT CREDITORS OF THE ESTATE OF FERDINAND E. MARCOS, VILMA BAUTISTA, ESTER NAVALAKSANA, LEONOR HERNANDEZ, AIDA HERNANDEZ, IMELDA MARCOS, JORGE Y. RAMOS, AND THE METROPOLITAN MUSEUM OF MANILA FOUNDATION, INC.,<br><br>        Defendants.<br>REPUBLIC OF THE PHILIPPINES,<br><br>        Plaintiff,<br><br>-against-<br><br>GAVINO ABAYA, et al.,<br><br>        Defendants. | CIVIL ACTION NO.:<br>**1:14-cv-00890-KPF**<br><br>Deemed related to:<br><br>CIVIL ACTION NO.:<br>**1:14-cv-8441-KPF** |

TO: The Republic of the Philippines
   Office of the President through the Executive Secretary
   Malacanang Palace, Manila

   The Presidential Commission on Good Government
   IRC Building, 82 Epifanio de los Santos Avenue (EDSA)
   Mandaluyong City, Metro Manila Philippines

   Hon. Jose C. Calida
   Solicitor General of the Philippines
   134 Amorsolo Street, Legazpi Village,
   Makati City, Philippines

   Hon. Menardo Guevarra
   Secretary of Justice
   Padre Faura, Manila, Philippines

**PLEASE TAKE NOTICE THAT,** upon the Declaration of Salvador Enriquez Tuy, Jr. dated May 31, 2019, as member of the firm Prado & Tuy, LLP, the undersigned will move this Court before the Honorable Judge Katherine P. Failla, at the United States Courthouse for the Southern District of New York. located at 40 Foley Square, New York, New York, in the United States of America, pursuant to Rule 1.16 of the Rules of Professional Conduct (22 NYCRR 1200), as well as Local Rule 1.4 of the Local Rules of the Southern and Eastern Districts of New York, for an Order of the Court, relieving Prado & Tuy and Salvador E Tuy, as counsel of record to the Republic of the Philippines in the matters of "The District Attorney of New York County v. The Republic of the Philippines, et al, under 14-cv-0890 (KPF) and "The Republic of the Philippines v. Gavino Abaya, et al. under 14-cv-3829.

Dated: May 31, 2019
       New York, New York

                                     PRADO & TUY, LLP

                                     _____
                                     SALVADOR E. TUY (ST1130)
                                     Outgoing Attorneys for Defendant
                                     THE REPUBLIC OF THE PHILIPPINES
                                     305 Broadway, Seventh Floor
                                     New York, New York 10007
                                     (212) 668-8888; cell (212) 731 4263

Cc: All counsel of record by Electronic Case Filing System (Pacer)