

ARVIN AMATORIO, PC * ATTORNEYS-AT-LAW
31 West 34th St., 8th Flr., #8102 * New York, NY 10001
Tel. No. (212) 594-4060 / Fax No. (212) 594-6974

96A S. Washington Avenue, Bergenfield, NJ 07621
Tel. No. (201) 374-2300
*Admitted in New York State, Practice outside New
York State is exclusively devoted to Immigration Law

September 4, 2019

THE HON. KATHERINE POLK FAILLA
U.S. Courthouse
40 Foley Square Room 640
New York, NY 10007

       Re: **Status Report**
          **District Attorney of New York, v. The Republic of the Philippines, et al., No 14-890 (KPF)**

Dear Judge Failla:

  This letter is written in compliance with Order of the Court for a Status Report from the Republic of the Philippines

  The undersigned counsel for the Republic met with Messieurs Murphy and Tuy last August 29, 2019 to try to settle the billing disagreement. There was a momentary impasse, because Messieurs Murphy and Tuy, stood firm on their stand that the contract must be interpreted according to New York law. I informed Messieurs Murphy and Tuy that the Republic is bound by its internal rules, in the interpretation of the contract, which is not in agreement with the views of Messieurs Murphy and Tuy.

  The Republic, however, would abide by any ruling from the Court, and this is where we found common ground. We agreed to ask for a ruling from the Court, with regard to Mr. Murphy's claim. Mr. Tuy's claims are still in process by the finance department of the PCGG and have not been denied yet. Absent a denial from the Republic, any ruling, therefore, would be premature. Mr. Tuy agreed not to seek a ruling from this court at this time but will pursue his claims against the Republic if his claims are denied.

  In summary, we will seek a ruling from the Court, with regard to the claim of Mr. Murphy. The Republic is willing to file a joint motion with Mr. Murphy, praying for a ruling from the Court.

                     Respectfully submitted,

                     ARVIN G. AMATORIO, ESQ.