

ARVIN AMATORIO, PC * ATTORNEYS-AT-LAW
31 West 34th St., 8th Flr., #8102 * New York, NY 10001
Tel. No. (212) 594-4060 / Fax No. (212) 594-6974

96A S. Washington Avenue, Bergenfield, NJ 07621
Tel. No. (201) 374-2300
*Admitted in New York State, Practice outside New York State is exclusively devoted to Immigration Law

September 4, 2019

THE HON. KATHERINE POLK FAILLA
U.S. Courthouse
40 Foley Square Room 640
New York, NY 10007



Re:   **Status Report**
      **District Attorney of New York, v. The Republic of the Philippines, et al., No 14-890 (KPF)**

Dear Judge Failla:

This letter is written in compliance with Order of the Court for a Status Report from the Republic of the Philippines

The undersigned counsel for the Republic met with Messieurs Murphy and Tuy last August 29, 2019 to try to settle the billing disagreement. There was a momentary impasse, because Messieurs Murphy and Tuy, stood firm on their stand that the contract must be interpreted according to New York law. I informed Messieurs Murphy and Tuy that the Republic is bound by its internal rules, in the interpretation of the contract, which is not in agreement with the views of Messieurs Murphy and Tuy.

The Republic, however, would abide by any ruling from the Court, and this is where we found common ground. We agreed to ask for a ruling from the Court, with regard to Mr. Murphy's claim. Mr. Tuy's claims are still in process by the finance department of the PCGG and have not been denied yet. Absent a denial from the Republic, any ruling, therefore, would be premature. Mr. Tuy agreed not to seek a ruling from this court at this time but will pursue his claims against the Republic if his claims are denied.

In summary, we will seek a ruling from the Court, with regard to the claim of Mr. Murphy. The Republic is willing to file a joint motion with Mr. Murphy, praying for a ruling from the Court.

Respectfully submitted,

ARVIN G. AMATORIO, ESQ.

The Court has reviewed the status letter provided by the Republic of the Philippines.  Given that the requested attorneys' liens concern the same interpleaded property and the legal issues raised by counsel are similar, the Court prefers to hear and decide the issue of attorney's fees once, rather than twice.  Accordingly, the Court hereby ORDERS the Republic of the Philippines to provide a status update on the earlier of i) the decision regarding the claims of Mr. Tuy; or ii) November 15, 2019.  In the event that the status letter is produced on November 15, 2019, the Court expects the Republic to provide an expected time frame for the resolution of Mr. Tuy's request.

Dated:    September 9, 2019
          New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE