UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISTRICT ATTORNEY OF NEW YORK,<br><br>      Plaintiff,<br><br>    -v.-<br><br>THE REPUBLIC OF THE PHILIPPINES, *et al.*,<br><br>      Defendant. | 14 Civ. 0890 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

  On January 13, 2020, the Court received an *ex parte* letter from counsel for Defendant The Republic of the Philippines, which letter the Court filed under seal. In response to that letter, the Court ORDERS a letter brief, not exceeding ten pages, by **February 13, 2020**, explaining Defendant's justification for its proposed motions. The Court will not order briefing for an opposition at this time, but may do so at a later time if it believes it would be useful.

  SO ORDERED.

Dated: January 13, 2020
     New York, New York

                     KATHERINE POLK FAILLA
                     United States District Judge