UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DISTRICT ATTORNEY OF NEW YORK,

               Plaintiff,

-v.-

THE REPUBLIC OF THE PHILIPPINES, *et al.*,

               Defendants.

14 Civ. 0890 (KPF)

ORDER

---

KATHERINE POLK FAILLA, District Judge:

The conference scheduled for November 30, 2020, is hereby ADJOURNED to **Wednesday, December 2, 2020, at 3:00 p.m.**  The conference will now proceed by telephone conference.  The dial-in information is as follows: At 3:00 p.m., the parties shall call (888) 363-4749 and enter access code 5123533.  Please note, the conference will not be available prior to 3:00 p.m.

SO ORDERED.

Dated:  November 30, 2020
          New York, New York

                                               KATHERINE POLK FAILLA
                                               United States District Judge