

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JUNE R. BUCH**
*Senior Counsel*
Tel: (212) 356-2690
Fax: (212) 356-2038
jbuch@law.nyc.gov

December 17, 2020

Hon. Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square.
New York, NY 10007

      Re:   *District Attorney of New York County v. Republic of the Philippines, et al.,*
             14-cv-0890 (KPF)

Dear Judge Failla:

      This office represents the District Attorney of New York County (the "District Attorney"), formerly the plaintiff and stakeholder in the above-captioned interpleader action. I write regarding the Court's Order of June 5, 2015 providing for the deposit of the interpleaded property (the "Deposit Order").

      Pursuant to Paragraphs 3(a) and 5 of the Deposit Order, the amount of $30,000 was designated as payable to the District Attorney from the deposited funds, to reimburse the District Attorney for storage fees he incurred for certain of the interpleaded property for the period from the initiation of the action to the date of the Deposit Order.

      The District Attorney requests that this sum be remitted to him at the Court's earliest convenience.

                                      Respectfully submitted,

                                      */s/*
                                      June R. Buch
                                      Senior Counsel