August 5, 2021

The Honorable Katherine Polk Failla
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Mr. Cardenas's letter requesting permission to file a motion for a charging lien.

I had a retainer agreement with Mr. Cardenas and he has been fully paid pursuant to that agreement, and handsomely too. Nothing else is due and owing.

Very truly yours,
Vifera Bautista

August 5, 2021

The Honorable Katherine Polk Failla
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Mr. Cardena's letter requesting permission to file a motion for a charging lien.

I had a retainer agreement with Mr. Cardenas and he has been fully paid pursuant to that agreement, and handsomely too. Nothing else is due and owing.

Very truly yours,
Vilma Bautista